**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, DIANE IRVINE, ANTHONY FLORENCE, JACK LAZAR, BENJAMIN LERER, KAREN KATZ, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO. and GUGGENHEIM SECURITIES, LLC,<br><br>        Defendants. | Case No.: 1:20-cv-02744-MKB<br><br>Hon. Margo K. Brodie |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF CRAIG S. ALBERT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Craig S. Albert ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

1

Exhibit A:     PSLRA Certification signed by Movant attesting to his acquisition of

Casper Sleep Inc. ("Casper" or the "Company") securities;

Exhibit B:     Loss Chart reflecting the losses incurred by Movant as a result of his

transactions in Casper securities;

Exhibit C:     Press Release published June 19, 2020, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Lematta*

*v. Casper Sleep Inc.,* Case No. 1:20-cv-02744-MKB.

Exhibit D:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 18, 2020                                    Respectfully Submitted,

                                                          **LEVI & KORSINSKY, LLP**

                                                          By:  /s/ *Shannon L. Hopkins*
                                                          Shannon L. Hopkins (SH-1887)
                                                          55 Broadway, 10th Floor
                                                          New York, NY 10006
                                                          Tel: (212) 363-7500
                                                          Fax: (212) 363-7171
                                                          Email: shopkins@zlk.com


                                                          *Lead Counsel for Movant and [Proposed]*
                                                          *Lead Counsel for the Class*