UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, DIANE IRVINE, ANTHONY FLORENCE, JACK LAZAR, BENJAMIN LERER, KAREN KATZ, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO. and GUGGENHEIM SECURITIES, LLC,<br><br>　　　Defendants. | Case No.  1:20-cv-02744-MKB-RML |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF SALEH DORON GAHTAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Saleh Doron Gahtan ("Gahtan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Gahtan's motion for appointment as Lead Plaintiff for the Class and approval of Gahtan's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release announcing the pendency of the above-captioned action;

Exhibit B:    Shareholder Certification executed by Gahtan;

Exhibit C:    Loss Chart of Gahtan; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 18, 2020 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1