# EXHIBIT C

**Casper Sleep Inc. (CSPR)**
**Class Period: Pursuant/Traceable to IPO on February 6, 2020**
**IPO Price: $12.00/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Section 11* Damages |
|---|---|---|---|---|---|---|---|---|---|
| Gahtan, Saleh Doron | 2/6/2020 | 374,000 | $14.8503 | ($5,554,012) | 2/10/2020 | (86,300) | $10.0542 | $867,677 | |
| Gahtan, Saleh Doron | 2/7/2020 | 8,800 | $13.9700 | ($122,936) | 5/12/2020 | (20,000) | $7.0338 | $140,676 | |
| Gahtan, Saleh Doron | 2/11/2020 | 16,000 | $9.8736 | ($157,978) | 5/12/2020 | (150,700) | $6.7570 | $1,018,280 | |
| Gahtan, Saleh Doron | 2/13/2020 | 10,000 | $10.5848 | ($105,848) | 5/13/2020 | (40,000) | $6.7648 | $270,592 | |
| Gahtan, Saleh Doron | 3/19/2020 | 8,800 | $4.4300 | ($38,984) | 5/13/2020 | (112,500) | $6.8473 | $770,321 | |
| Gahtan, Saleh Doron | | | | | 5/14/2020 | (8,100) | $6.6931 | $54,214 | |
| **Gahtan, Saleh Doron** | | **417,600** | | **($5,979,758)** | | **(417,600)** | | **$3,121,761** | **($1,774,649)** |

*Damages are limited by the lower of the purchase price and the IPO price ($12.00/share)