**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

ROBERT LEMATTA, Individually and on
behalf of all others similarly situated,

Plaintiff,

v.

CASPER SLEEP INC., PHILIP KRIM,
GREGORY MACFARLANE, NEIL PARIKH,
DIANE IRVINE, ANTHONY FLORENCE,
JACK LAZAR, BENJAMIN LERER, KAREN
KATZ, DANI REISS, MORGAN STANLEY
& CO. LLC, GOLDMAN SACHS & CO.,
LLC, JEFFERIES LLC, BOFA SECURITIES,
INC., UBS SECURITIES LLC, CITIGROUP
GLOBAL MARKETS INC., PIPER
SANDLER & CO. and GUGGENHEIM
SECURITIES, LLC,

Defendants.

---

Case No. 1:20-cv-02744-MKB-RML

ORAL ARGUMENT REQUESTED

---

**NOTICE OF DEFENDANTS' MOTION TO STAY ALL
PROCEEDINGS PENDING DISPOSITION OF MOTION
TO DISMISS AN EARLIER-FILED STATE ACTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law

in Support of Defendants' Motion to Stay the Proceedings and its appendix, the Declaration of

Audra J. Soloway, dated December 1, 2020, and its exhibits, this Notice of Motion, and such

other and further papers and proceedings as may be filed or had, Defendants Casper Sleep Inc.,

Philip Krim, Gregory Macfarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar,

Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co.,

LLC, Jefferies LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc.,

Piper Sandler & Co., and Guggenheim Securities, LLC ("Defendants"), by their counsel, will

move this Court before the Honorable Margo K. Brodie, United States District Judge, United

States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be determined by this Court, for the entry of an Order to temporarily stay this putative class action pending the disposition of a motion to dismiss in the earlier-filed action pending the New York Supreme Court, *In re Casper Sleep Inc. Securities Litigation*, No. 652284/20.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order dated November 20, 2020 granting the Motion for Leave to File (Dkt. No. 20), opposition papers are to be filed on or before December 22, 2020, and reply papers, if any, are to be filed on or before January 8, 2021.

Dated: December 1, 2020
      New York, New York

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

BY:
   s/ Audra J. Soloway
Audra J. Soloway
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
Email: asoloway@paulweiss.com
*Attorney for Casper Defendants*

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza
Charles Dean Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8677
Fax: (212) 728-9677
Email: tcosenza@willkie.com
      ccording@willkie.com
*Attorneys for Underwriter Defendants*