**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, DIANE IRVINE, ANTHONY FLORENCE, JACK LAZAR, BENJAMIN LERER, KAREN KATZ, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO., LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO. and GUGGENHEIM SECURITIES, LLC,<br><br>    Defendants. | Case No. 1:20-cv-02744-MKB-RML<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT OF
DEFENDANTS' MOTION TO STAY ALL
PROCEEDINGS PENDING DISPOSITION OF MOTION
<u>TO DISMISS AN EARLIER-FILED STATE ACTION</u>**

I, Audra J. Soloway, hereby declare pursuant to 28 U.S.C. § 1746:

1.   I am a member of the bar of this Court and a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP.  I represent Defendants Casper Sleep, Inc., Philip Krim, Gregory Macfarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, and Dani Reiss in the above-captioned case.

2.   I submit this Declaration in support of Defendants' Motion to Stay All Proceedings Pending Disposition of Motion to Dismiss an Earlier-Filed State Action.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint filed in the above-captioned action, filed on October 27, 2020 as ECF 16.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the order setting a schedule for the filing of a consolidated complaint and responsive pleadings thereto in *In re Casper Sleep, Inc. Securities Litigation*, No. 652284/20, entered on August 12, 2020 as NYSCEF 14.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Consolidated Complaint filed in the action styled *In re Casper Sleep, Inc. Securities Litigation*, No. 652284/20, currently pending in the Supreme Court of the State of New York, filed on October 26, 2020 as NYSCEF 24.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the order extending time to file a consolidated complaint and responsive pleadings thereto in *In re Casper Sleep, Inc. Securities Litigation*, No. 652284/20, entered on October 22, 2020 as NYSCEF 23.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Complaint filed in the above-captioned action, filed on June 19, 2020 as ECF 1.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a chart prepared by Defendants, comparing the overlapping alleged misstatements in the consolidated complaints in the State Action and Federal Action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:        December 1, 2020                    /s/ Audra J. Soloway
                                                   Audra J. Soloway