# Exhibit 2

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 2 of 10 PageID #: 394

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION

————————————————————— X

NIMISHKUMAR PATEL, Individually and on :    Index No. 652284/2020
Behalf of All Others Similarly Situated, :
                                         :    **CLASS ACTION**
            Plaintiff, :
                                         :
       vs. :
                                         :
CASPER SLEEP INC., PHILIP KRIM, :
GREGORY MACFARLANE, NEIL PARIKH, :    **JOINT STIPULATION AND ORDER**
DIANE IRVINE, ANTHONY FLORENCE, :    **CONSOLIDATING RELATED ACTIONS**
JACK LAZAR, BENJAMIN LERER, KAREN :    **AND APPOINTING LEAD COUNSEL**
KATZ, DANI REISS, MORGAN STANLEY :    **AND EXECUTIVE COMMITTEE**
& CO. LLC, GOLDMAN SACHS & CO. :
LLC, JEFFERIES LLC, BOFA SECURITIES, :
INC., UBS SECURITIES LLC, CITIGROUP :
GLOBAL MARKETS INC., PIPER :
SANDLER & CO. and GUGGENHEIM :
SECURITIES, LLC, :
                                       :
           Defendants. :

————————————————————— X

DONALD JANKOWIAK, et al., Individually :    Index No. 652507/2020
and on Behalf of All Others Similarly Situated, :
                                         :    **CLASS ACTION**
            Plaintiff, :
                                         :
       vs. :
                                         :
CASPER SLEEP INC., PHILIP KRIM, :
GREGORY MACFARLANE, NEIL PARIKH, :
DIANE IRVINE, ANTHONY FLORENCE, :
JACK LAZAR, BENJAMIN LERER, KAREN :
KATZ, DANI REISS, MORGAN STANLEY :
& CO. LLC, GOLDMAN SACHS & CO. :
LLC, JEFFERIES LLC, BOFA SECURITIES, :
INC., UBS SECURITIES LLC, CITIGROUP :
GLOBAL MARKETS INC., PIPER :
SANDLER & CO. and GUGGENHEIM :
SECURITIES, LLC, :
                                       :
           Defendants. :

————————————————————— X

[Caption continued on following page]

————————————————————————— X

MATT MATTERN, Individually and on Behalf of All Others Similarly Situated,

                     Plaintiff,

        vs.

CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, DIANE IRVINE, ANTHONY FLORENCE, JACK LAZAR, BENJAMIN LERER, KAREN KATZ, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO., and GUGGENHEIM SECURITIES, LLC,

                     Defendants.

Index No. 653112/2020

CLASS ACTION

————————————————————————— X

KRISTEN GORENBERG, Individually and on Behalf of All Others Similarly Situated,

                     Plaintiff,

        vs.

CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, ANTHONY FLORENCE, DIANE IRVINE, KAREN KATZ, JACK LAZAR, BENJAMIN LERER, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO., GUGGENHEIM SECURITIES, LLC, and DOES 1–25,

                     Defendants.

Index No. 653118/2020

CLASS ACTION

————————————————————————— X

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 4 of 10 PageID #: 396

WHEREAS, on June 5, 2020, Plaintiff Nimishkumar Patel filed a putative class action under Index No. 652284/2020 asserting claims under the Securities Act of 1933 (the "1933 Act") against Casper Sleep Inc. ("Casper"), Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jeffries LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co. and Guggenheim Securities, LLC (the "*Patel* Action");

WHEREAS, on June 16, 2020, Plaintiff Donald Jankowiak filed a putative class action under Index No. 652507/2020 asserting claims under the 1933 Act against Casper, Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jeffries LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co. and Guggenheim Securities, LLC (the "*Jankowiak* Action");

WHEREAS, on July 15, 2020, Plaintiff Matt Mattern filed a putative class action under Index No. 653112/2020 asserting claims under the 1933 Act against Casper, Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jeffries LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co. and Guggenheim Securities, LLC (the "*Mattern* Action"); and

WHEREAS, on July 15, 2020, Plaintiff Kristen Gorenberg filed a putative class action under Index No. 653118/2020 asserting claims under the 1933 Act against Casper, Philip Krim, Gregory MacFarlane, Neil Parikh, Anthony Florence, Diane Irvine, Karen Katz, Jack Lazar, Benjamin Lerer, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jeffries

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 5 of 10 PageID #: 397

LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co., Guggenheim Securities, LLC, and Does 1-25 (the "*Gorenberg* Action").

WHEREAS, the *Patel* Action*,* the *Jankowiak* Action, the *Mattern* Action and the *Gorenberg* Action (together, the "Related Actions") involve common questions of law and fact and arise from the same set of transactions and occurrences, specifically the initial public offering of Casper common stock on or around February 7, 2020;

WHEREAS, counsel for plaintiffs in the above-referenced Related Actions ("Plaintiffs") and counsel for the undersigned defendants ("Defendants") have met, conferred and agree that consolidation of the Related Actions and appointment of Lead Counsel will provide the most efficient path for litigating the Related Actions and will avoid unnecessary costs and delay;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their undersigned counsel, jointly stipulate and agree as follows:

1.      The undersigned attorneys for Defendants are authorized to and hereby accept service of the complaints filed in the Related Actions on behalf of their respective clients without waiver of any available defenses (other than improper service).

2.      To avoid unnecessary motion practice, and to promote judicial economy and avoid unnecessary costs and delay, Plaintiffs and Defendants seek consolidation of the Related Actions and the appointment of Lead Counsel and an Executive Committee, and agree to the schedule set forth below for the filing of a consolidated complaint and the briefing of any motion(s) to dismiss.

IT IS HEREBY SO ORDERED THAT:

1.      Pursuant to Rule 602 of the New York Civil Practice Laws and Rules, the Related Actions are hereby consolidated for all purposes.  The *Jankowiak* Action, the *Mattern* Action and the *Gorenberg* Action are consolidated with and into the *Patel* Action (the "Consolidated Action"). The *Patel* Action shall be re-captioned as "*In re Casper Sleep Inc. Securities Litigation*" and the

- 2 -

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 6 of 10 PageID
#: 398

Consolidated Action will proceed under Index No. 652284/2020, with all filings made under the

following caption:

| In re CASPER SLEEP INC. SECURITIES LITIGATION | : | Index No. 652284/2020 |
|---|---|---|
| | : | |
| | : | |
| | : | |
| This Document Relates To: | : | |
| | : | |
| THE CONSOLIDATED ACTION. | : | |
| | X | |

2.      The County Clerk is hereby directed to amend the caption in the *Patel* Action to

read: "*In re Casper Sleep Inc. Securities Litigation*."  Any actions filed in or transferred to this

Court which arise out of or relate to the same facts as alleged in the Consolidated Action are hereby

consolidated with the Consolidated Action.  This Order shall apply to each case which is

subsequently consolidated with the Consolidated Action.

3.      The law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") is hereby

appointed Lead Counsel for the Consolidated Action.

4.      Lead Counsel shall have authority to speak for Plaintiffs in the Consolidated Action

and shall be the contact between Plaintiffs' counsel and Defendants' counsel in all matters

regarding the Consolidated Action, including pre-trial procedure, trial and settlement negotiations.

5.      Lead Counsel shall be responsible for coordinating all activities and appearances

on behalf of Plaintiffs and for the dissemination of notices and orders of this Court.  No motion,

discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without

the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement

negotiations shall be conducted without the approval and participation of Lead Counsel.

- 3 -

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 7 of 10 PageID #: 399

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

7.      An Executive Committee of Plaintiffs' Counsel is hereby appointed for the Consolidated Action consisting of Robbins Geller, Holzer & Holzer LLC ("Holzer & Holzer") and Bottini & Bottini Inc. ("Bottini & Bottini"). Robbins Geller shall serve as Chair of the Executive Committee. The law firms of Holzer & Holzer and Bottini & Bottini are hereby appointed as members of the Executive Committee. The members of the Executive Committee shall perform work on behalf of Plaintiffs in the Consolidated Action at the direction of the Chair of the Executive Committee. Defendants shall not be required to have interaction with or responsibility for the Executive Committee of Plaintiffs' Counsel, but instead shall communicate with Lead Counsel as set forth in paragraphs 3-6 herein.

8.      Defendants shall have no obligation to respond to the individual complaints filed in the Related Actions. Within 60 days of the date of entry of an order consolidating the Related Actions, Plaintiffs will file a consolidated complaint in the Consolidated Action. Defendants will answer, move or otherwise respond to the consolidated complaint within 60 days after its filing; Plaintiffs will file opposition to any motion directed to such complaint within 60 days after the motion's filing; and Defendants will file reply papers in connection with any such motion within 30 days after the filing of Plaintiffs' opposition.

DATED: August 11, 2020                    ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          SAMUEL H. RUDMAN


                                          _____/s/ Samuel H. Rudman_____
                                              SAMUEL H. RUDMAN

- 4 -

Case 1:20-cv-02744-MKB-RML Document 23-2 Filed 12/01/20 Page 8 of 10 PageID #: 400

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

*Lead Counsel for Plaintiffs*
BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: 858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

*Members of the Executive Committee*

- 5 -

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 9 of 10 PageID #: 401

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone: 212/697-6484
212/697-7296 (fax)
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiffs*

DATED:  August 11, 2020

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
AUDRA J. SOLOWAY

*/s/ Audra J. Soloway*
AUDRA J. SOLOWAY

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212/373-3289
212/492-0289 (fax)
asoloway@paulweiss.com

*Counsel for Defendants Casper Sleep Inc.,*
*Philip Krim, Gregory Macfarlane, Neil Parikh,*
*Anthony Florence,Diane Irvine, Jack Lazar,*
*Benjamin Lerer, Karen Katz, and Dani Reiss*

- 6 -

Case 1:20-cv-02744-MKB-RML    Document 23-2    Filed 12/01/20    Page 10 of 10 PageID #: 402

DATED: August 11, 2020

WILLKIE FARR & GALLAGHER LLP
TODD G. COSENZA

_/s/ Todd G. Cosenza_

TODD G. COSENZA
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212/728-8154
212/728-9154 (fax)
tcosenza@willkie.com

_Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jeffries LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co., and Guggenheim Securities, LLC_

IT IS SO ORDERED.

DATED: 8/12/2020

THE HONORABLE JENNIFER G. SCHECTER

- 7 -