# Exhibit 3

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 2 of 49 PageID #: 404

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION

---------------------------------------------------------X

In re CASPER SLEEP INC. SECURITIES     :  Index No. 652284/2020
LITIGATION                             :  The Honorable Jennifer G. Schecter, J.S.C.
                                       :  Part 54
                                       :
This Document Relates To:              :  <u>CLASS ACTION</u>
                                       :
    ALL CONSOLIDATED ACTIONS.           :  CONSOLIDATED COMPLAINT
                                       :
                                       :
                                       :
                                       :
                                       :
---------------------------------------------------------X

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 3 of 49 PageID #: 405

Plaintiffs Nimishkumar Patel, Donald Jankowiak, Kristen Gorenberg and Matt Mattern ("Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and upon information and belief as to all other matters based upon the investigation conducted by Plaintiffs' attorneys, which included, among other things, a review and analysis of U.S. Securities and Exchange Commission ("SEC") filings made by Casper Sleep Inc. ("Casper" or the "Company"), Company press releases and conference call transcripts and presentations, public statements issued by Defendants, analyst and media reports, and industry reports. Plaintiffs' investigation into the matters alleged herein is continuing and many relevant facts are known only to, or are exclusively within the custody and control of, the Defendants (defined below). Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for formal discovery.

## NATURE OF THE ACTION

1. Plaintiffs bring this securities class action on behalf of all persons who purchased Casper common stock in or traceable to the Company's February 7, 2020 initial public offering (the "IPO"). This action asserts claims under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") against Casper, the underwriters for the IPO, and certain Casper officers and directors.

2. Casper is a mattress and sleep aid company. Founded in 2014 as an online retailer, Casper has more recently expanded into partnerships with retailers and opened its own brick-and-mortar locations. The Company purports to implement a "cutting-edge" and data-driven omni-channel sales platform and marketing strategy in order to target and match potential customers with innovative sleep products tailored to their specific needs, optimize product price points and maximize operating efficiencies.

3.      Defendants portrayed Casper as a high growth tech startup.  The registration statement for the IPO ("Registration Statement") emphasized Casper's "rapid growth" trajectory, claiming that the Company had achieved a 45.5% compound annual growth rate ("CAGR") between 2016 and 2018, increasing annual net revenues from $169.1 million for fiscal 2016 to $357.9 million by fiscal 2018.  The Registration Statement further claimed that "the most exciting opportunities for Casper's growth story lie ahead" in the quarters following the IPO.

4.      While the Company also incurred significant losses, the Registration Statement reassured investors that these losses were merely the consequence of Casper's high-growth business strategy, as the Company continued to expand its market share in a massive and rapidly-growing addressable market.  The Registration Statement represented that Casper would generate substantial profits once it exited its current growth mode, stating that the Company already "maintained 'first purchase profitable' e-commerce economics" and that "all" of its retail stores were "four-wall profitable" after just a single year of operations.

5.      In addition, the Registration Statement represented that Casper's profit margins were significantly improving as the Company achieved economies of scale, implemented various business initiatives and continued to refine its marketing and sales strategies.  For example, the Registration Statement represented that Casper's gross profit margins had improved by 830 basis points between 4Q18 and 3Q19 (the most recent quarterly results provided), from 42.4% to 50.7%.  The Registration Statement stated that these margin improvements were continuing "to date" (*i.e.*, as of the IPO) and specifically highlighted Casper's price optimization efforts, the sale of "higher margin products" and the purported improvement of its supply and distribution chain.  According to the Registration Statement, Casper "historically experienced that gross margin, by product, tends to increase over time as we realize cost efficiencies as a result of economies of scale, sourcing strategies and product

- 2 -

re-engineering programs." Thus, investors could be reassured that the Company was on a solid path to profitability even as it continued to implement its growth initiatives.

6.      Casper's ability to achieve profitability and improve its margins were of paramount importance to investors. While the IPO would allow the Company to raise tens of millions of dollars from outside investors, the Company maintained a relatively minor cash cushion. As of September 30, 2019, Casper had just $54.6 million in cash and cash equivalents on hand. At the same time, Casper averaged more than $20 million in quarterly cash burn. As a result, Casper's growth initiatives had little room for error, and the Company needed to continue to improve its profit margins in order to achieve its business goals and ultimately generate positive cash flows – precisely what the Registration Statement represented was occurring at the time of the IPO. Any significant deviation from the profitability and cash flow representations made to investors in the Registration Statement could have catastrophic consequences for the Company's business, operations and even long-term viability. If Casper's profit margins experienced significant deterioration, even temporarily, Casper could be permanently dislodged from the path to profitability portrayed in the Registration Statement, potentially necessitating a highly dilutive capital raise or even bankruptcy. Furthermore, the erosion in Casper's cash position would significantly impair the Company's operations and curtail its ability to grow revenues and increase its market share.

7.      Unbeknownst to investors, at the time of the IPO this worst-case scenario was in fact playing out behind the scenes with dire consequences for Casper's business, operations and prospects. After long attempting but failing to negotiate a better fee agreement with its primary logistics partners, Casper was forced to shift its operations to a new logistics supplier in the first quarter of 2020. The turmoil caused by this shakeup cost the Company 130 basis points of gross profit margin during the quarter, an astronomical sum considering Casper's meager cash position. Moreover, Casper had misjudged consumer demand leading up to the IPO and, as a result, amassed

- 3 -

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 6 of 49 PageID
#: 408

millions of dollars' worth of unsold and out-of-date mattress inventory. In order to clear space for newer models, Casper was engaged in exceptionally aggressive discounting and promotional tactics, further pressuring the Company's margins and leading to ballooning losses.

8.      In total, Casper's gross profit margins contracted *380 basis points* from the 50.7% profit margin for 3Q19 highlighted in the Registration Statement to just 46.9% by the end of 1Q20. In addition, Casper suffered *$34.5 million* in net losses and a staggering *$40.2 million* net cash outflow (excluding financing activities) during the quarter, 50% greater than the 3Q19 net losses portrayed in the Registration Statement. The deterioration in the Company's net losses as a percentage of revenue during this timeframe was even more drastic, falling *1,250 basis points* **to** *(30.5%)* during 1Q20 – the Company's worst performance in two years. As a consequence of this massive cash burn, 46% of the net IPO proceeds received by Casper dissipated almost immediately, flowing out of Company coffers by the end of the quarter.

9.      Defendants were required to disclose these adverse facts in the Registration Statement but negligently failed to do so. As a result, the Registration Statement contained materially false and misleading statements, omitted information required to be stated therein and violated the rules and regulations governing its preparation. In the February 2020 IPO, Defendants sold 8.35 million shares of Casper common stock at $12 per share, generating over $100 million in gross proceeds.

10.     By June 4, 2020 (the day before the first complaint in this matter was filed), Casper stock closed at just $8.18 share, *32% below the IPO price*. The stock has continued its downward trajectory since and currently trades at only about $7.00 per share.

11.     Casper's precarious cash position and deteriorating profitability metrics at the time of the IPO have also substantially impaired its ability to take advantage of a buoyant market for online mattress retailers that has existed for most of 2020, and, as a result, its share price has substantially

- 4 -

lagged its competitors. The following chart illustrates the price of Casper stock since the IPO as compared to the stock price for its primary online competitor, Purple Innovation, Inc. ("Purple"):



## JURISDICTION AND VENUE

12.     The claims alleged herein arise under Sections 11 and 15 of the Securities Act, 15 U.S.C. §§77k and 77o.

13.     This Court has original subject matter jurisdiction over these claims under the New York Constitution, Article VI, §7(a), and Section 22 of the Securities Act. Section 22 of the Securities Act expressly prohibits removal of this action to federal court.

14.     The Court has personal jurisdiction over each of the Defendants under N.Y. C.P.L.R. §§301 and 302, and venue is proper in this County pursuant to Section 22 of the Securities Act and N.Y. C.P.L.R. §503. The IPO was conducted in this County, Casper is headquartered in this

- 5 -

NYSCEF DOC. NO. 24

INDEX NO. 652284/2020

RECEIVED NYSCEF: 10/26/2020
Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 8 of 49 PageID
#: 410
County, Casper common stock trades in this County, and several of the Defendants reside in this County. In sum, the situs of this action lies within this County, Defendants' tortious acts occurred in this County and caused injury to the purchasers of the shares traded in this County, and each of the Defendants and members of the Class (defined herein) would foreseeably expect any case or controversy stemming from the IPO to be adjudicated in this County.

**PARTIES**

15. Plaintiffs Nimishkumar Patel, Donald Jankowiak, Kristen Gorenberg and Matt Mattern purchased Casper common stock in and/or traceable to the IPO and have been damaged thereby.

16. Defendant Casper is headquartered in New York, New York, and its common shares trade on the New York Stock Exchange ("NYSE") under the ticker symbol "CSPR." Casper is incorporated in the State of Delaware and its headquarters are located at Three World Trade Center, 175 Greenwich Street, Floor 39, New York, New York 10007.

17. Defendant Philip Krim ("Krim") was the Chief Executive Officer ("CEO") and a director of Casper at the time of the IPO.

18. Defendant Gregory Macfarlane ("Macfarlane") was the Chief Financial Officer ("CFO") and Chief Operating Officer ("COO") of Casper at the time of the IPO. Less than three months after the IPO, Casper announced that Defendant Macfarlane was abruptly resigning from the Company.

19. Defendant Neil Parikh was the Chief Strategy Officer and a director of Casper at the time of the IPO.

20. Defendants Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz and Dani Reiss were each a director of Casper at the time of the IPO.

- 6 -

7 of 48

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 9 of 49 PageID #: 411

21.  The Defendants identified in ¶¶17-20 above are referred to herein as the "Individual Defendants." Each of the Individual Defendants reviewed, helped prepare and signed the Registration Statement and, as directors and/or executive officers of the Company, participated in the solicitation and sale of the Company's common stock to investors in the IPO for their own financial benefit and the financial benefit of Casper. Casper and the Individual Defendants are strictly liable for the false and misleading statements made in the Registration Statement.

22.  Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co. and Guggenheim Securities, LLC (collectively, the "Underwriter Defendants") served as underwriters for the IPO and sold 8.35 million shares of Casper common stock in the IPO at $12 per share. The Underwriter Defendants collectively received over $6.5 million in fees and commissions for soliciting and selling the shares in the IPO.

23.  Pursuant to the Securities Act, the Underwriter Defendants are liable for the false and misleading statements in the Registration Statement as follows:

(a)  The Underwriter Defendants are investment banking houses that specialize in, among other things, underwriting public offerings of securities. They served as the underwriters of the IPO and shared more than $6.5 million in fees collectively. The Underwriter Defendants determined that in return for their share of the IPO proceeds, they were willing to merchandize Casper stock in the IPO. Each of the Underwriter Defendants designated personnel to the IPO working group, including investment bankers, analysts, associates, and counsel, to market Casper's stock, and those personnel worked on and approved the content of Casper's Registration Statement and road show presentation. They met with potential investors and presented highly favorable information about the Company, its operations and its financial prospects.

- 7 -

(b)    The Underwriter Defendants also demanded and obtained an agreement from Casper that Casper would indemnify and hold the Underwriter Defendants harmless from any liability under the federal securities laws.  They also made certain that Casper had purchased millions of dollars in directors' and officers' liability insurance.

(c)    Representatives of the Underwriter Defendants assisted Casper and the Individual Defendants in planning the IPO, and purportedly conducted an adequate and reasonable investigation into the business and operations of Casper, an undertaking known as a "due diligence" investigation.  During the course of their "due diligence," the Underwriter Defendants had continual access to internal, confidential, current corporate information concerning Casper's most up-to-date operational and financial results and prospects.

(d)    In addition to availing themselves of virtually unlimited access to internal corporate documents, agents of the Underwriter Defendants met with Casper's management, top executives, and outside counsel and engaged in "drafting sessions" in advance of the IPO.  During these sessions, understandings were reached as to: (i) the strategy to best accomplish the IPO; (ii) the terms of the IPO, including the price range at which Casper stock would be sold; (iii) the language to be used in the Registration Statement; (iv) what disclosures about Casper would be made in the Registration Statement; and (v) what responses would be made to the SEC in connection with its review of the Registration Statement.  As a result of those constant contacts and communications between the Underwriter Defendants' representatives and Casper's management and top executives, the Underwriter Defendants should have known of Casper's existing problems as detailed herein.

(e)    The Underwriter Defendants solicited and sold Casper stock in the IPO to Plaintiffs and other members of the Class pursuant to the Registration Statement and are thus liable for the materially false and misleading statements contained therein.

- 8 -

24.     Defendants Casper, the Individual Defendants, and the Underwriter Defendants are collectively referred to herein as "Defendants."

<strong>SUBSTANTIVE ALLEGATIONS</strong>

**Casper's Business**

25.     Casper describes itself as a designer and seller of premium sleep products including mattresses, pillows, sheets, and other sleep centric products to end consumers.  Since the release of its first product, the Casper mattress, the Company has expanded its offerings to soft goods, bedroom furniture and products that promote ambience for sleep such as lighting, sound, scents, temperature, and humidity; sleep technology, such as tracking devices, medical machines, bedside clocks, and connected devices; sleep supplements, such as sprays, pills and vitamins; and sleep services, such as digital apps, meditation, sleep programming, and counseling.  Casper's marketing initiatives attempt to capitalize on the public's perception of the importance of sleep as the "third pillar of wellness" alongside fitness and nutrition.

26.     As one of the earliest online mattress retailers, Casper purports to have transformed the market for sleep-related products.  Specifically, Casper claims that its proprietary technology allows it to employ a highly personalized "consumer-first approach" to sales and marketing.  Its data-rich sales and marketing platform purportedly increases consumer engagement, encourages repeat customer transactions and maximizes cross-sale opportunities.  Casper has pointed to its ostensibly high repeat customer rate and increasing "AOV" (average order value) as evidence of its success in improving consumer engagement.

27.     From 2014 through 2019, Casper expanded from a strictly e-commerce business to a multi-channel business with its own brick-and-mortar stores and a host of retail partnerships.  According to Casper, "[a] greater physical retail presence helps us to not only increase consumer awareness and education, but also to offer convenient product trial opportunities, multiple purchase

- 9 -

options, and flexibility in delivery." Casper has also stated its intention to grow internationally and claimed to be building towards an international presence in more than 20 countries. At the time of the IPO, Casper distributed products directly to customers in seven countries through its e-commerce platform, 60 Casper retail stores, and 18 retail partners. Casper's retail partnerships included Amazon, Costco, Hudson Bay Company, and Target.

28. The Company competes with legacy mattress manufacturers such as Tempur Sealy International, Serta Simmons Bedding, and Sleep Number as well as more recent entrants such as Leesa and Casper's most direct competitor, Purple. A primary differentiating factor between mattress retailers is the level of brand awareness among consumers, necessitating a significant amount of capital for marketing activities and consumer outreach. Casper characterized its own "powerful brand as a market-defining opportunity and an immeasurably valuable asset." The Company spent approximately $155 million on sales and marketing activities in 2019, the most significant component of its operating expenses and an indication of the high cash flow needed for Casper to grow revenues and increase its market share.

29. Because of the cash intensity of the mattress business, it is important that Casper maximize the price at which it can sell its products and minimize revenue costs and overhead. Towards that end, Casper purports to utilize its proprietary omni-channel sales and marketing platform to gain "a data-based understanding of price elasticity dynamics, promotional strategies and other price management tools to drive optimized pricing." The Company also claims to reduce overhead by gaining economies of scale and developing valuable relationships with third-party manufacturers, distributors and distribution centers. Casper represents that its third-party manufacturing and distribution relationships confer a competitive advantage by allowing the Company to minimize overhead and control inventory flow. In particular, the Company has highlighted its "significant long-term investments" in developing its distribution capabilities as a key

- 10 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 13 of 49 PageID #: 415

component of its growth strategy. At the time of the IPO, Casper claimed that it continued to drive "operational efficiencies through a focus on reducing product return rates, price optimization, investing in our supply chain, improving the efficiency and enhancing performance of our marketing investments, and realizing economies of scale." These claimed operational improvements were vital to Casper's success in the highly competitive and cash-intensive mattress industry.

**Casper's Growth Trajectory, Profitability and Cash Position**

30.     Because of its online prowess and data-focused consumer approach, Casper portrayed itself as a high growth technology company that specializes in sleep aids and products. Leading up to the IPO, Casper certainly appeared to fit this mold. For fiscal 2018, 2017 and 2016, the Company reported net revenue of $357.9 million, $250.9 million and $169.1 million, respectively, representing an impressive 45.5% CAGR. Moreover, the Company had rapidly increased its market share in just a few years since its 2014 founding, claiming 31% aided brand awareness amongst the general U.S. population by the time of the IPO. The opportunity for continued growth was apparently enormous, as Casper had penetrated only a tiny fraction of the sleep aid market, worth an estimated $67 billion in 2019, or *$432 billion* globally when factoring in a broader-range of sleep-related products.

31.     As Casper expanded its business it also incurred losses, incurring a net loss of $92.1 million and $73.4 million in 2018 and 2017, respectively. However, the Company claimed that these losses were a function of its high-growth business strategy. Indeed, Casper represented that its business was fundamentally profitable and, as a result, would generate substantial positive cash flows once it exited its current growth mode. Furthermore, Casper claimed that its profit margins were consistently improving in the lead up to the IPO as the Company achieved better operational efficiencies and economies of size. Specifically, Casper claimed that its gross profit margin had improved from 42.4% in 4Q18 to 50.7% by 3Q19, an 830 basis point improvement. The Company's net losses as a percentage of revenue had likewise reportedly decreased from 28.4% in 4Q18 to

- 11 -

18.0% in 3Q19, a 1,040 basis point improvement. As a result, the Company represented that its adjusted EBITDA losses were estimated to have shrunk 12% during fiscal 2019 to $72.7 million (at the mid-point) as compared to the prior year. Thus, not only did Casper represent that its underlying business was fundamentally profitable outside of optional growth initiatives, but also that its gross margins had continued to improve as the Company grew its revenues.

32. These representations appeared to place Casper on a firm and sustainable path to profitability. This was of critical importance to investors in the IPO because of Casper's relatively minimal cash cushion and history of operational losses. As of September 30, 2019, Casper only had $54.6 million in cash and cash equivalents on hand. Furthermore, the Company was generating over $20 million in negative cash flows on average every quarter (excluding financing activities), placing the Company in a precarious cash position if it did not continue to improve its gross margins following the IPO. The Registration Statement reassured investors that improvements in Casper's profitability metrics were in fact occurring. Accordingly, flush with cash from the IPO, Casper would be well positioned to fund its operations and growth plans until it achieved positive operating cash flows, avoiding the need to return to the capital markets for a dilutive equity raise or, worse yet, the abrupt curtailment of growth initiatives.

33. On January 10, 2020, Casper initiated the IPO by filing its Registration Statement on Form S-1, which, after several amendments, was declared effective by the SEC on February 5, 2020. On February 7, 2020, Casper filed its Prospectus of Form 424B4 with the SEC, which incorporated and formed part of the Registration Statement. In the IPO, Defendants sold 8.35 million shares of Casper common stock at $12 per share, generating over $100 million in gross offering proceeds.

**MATERIALLY FALSE AND MISLEADING STATEMENTS
AND OMISSIONS IN THE REGISTRATION STATEMENT**

34. The Registration Statement was negligently prepared, and, as a result, contained untrue statements of material fact, omitted material facts necessary to make the statements contained

- 12 -

therein not misleading, and failed to make necessary disclosures required under the rules and regulations governing its preparation. Specifically, the Registration Statement failed to disclose that Casper's relationships with its critical logistics partners were falling apart around the time of the IPO following a protracted, but ultimately unsuccessful, attempt by the Company to lower its shipping costs. As a result, Casper was forced to switch logistics suppliers, costing the Company 130 basis points of gross margin in 1Q20 – the same quarter as the IPO. In addition, the Registration Statement failed to disclose that Casper had misjudged consumer demand in 2019 as it had quickly grown retail locations and was consequently suffering from a glut of unsold but outdated mattress inventory by the start of 2020. In 1Q20, Casper resorted to selling this inventory at steeply discounted prices in order to make way for new merchandise. These aggressive promotional tactics had further eroded the Company's gross margins and contributed to sharply swelling losses during the quarter, which cut deeply into the Company's already precarious cash reserves, undermined the Company's growth initiatives and rendered its past historical performance a misleading and false indicator of Casper's actual business and operations at the time of the IPO.

**Misstatements Regarding Casper's Profits and Profitability Trends**

35.    The Registration Statement highlighted the Company's purported core profitability and improving profitability metrics. For example, the Registration Statement stated that the Company's retail stores were "four-wall profitable," a metric designed by Casper that ostensibly showed its operations were profitable excluding growth initiatives and non-allocable expenses. The Registration Statement indicated that this metric illustrated the Company's ability to generate profits once it exited its current growth phase. The Registration Statement stated, in pertinent part, as follows:

> We currently operate 60 retail stores in the United States and Canada. *As of September 30, 2019, our existing stores that have been operating for one year or longer are all four-wall profitable, calculated as gross profit, less operating*

- 13 -

*expenses (excluding one-time build-out costs and non-allocable marketing and overhead expenses), for each store.*[1]

36.     The Registration Statement likewise represented that Casper's e-commerce operations were already "first purchase profitable" and experiencing increased AOV, even as the Company scaled up its business.  The Registration Statement stated, in pertinent part, as follows:

> *From 2017 through September 30, 2019, while growing our e-commerce channel, we have maintained 'first purchase profitable' e-commerce economics, defined as gross profit dollars, less marketing dollars, over a specific time period.*

> \*     \*     \*

> Across our e-commerce channel, our average order value, or AOV, which is defined as net revenue divided by total orders placed, increased from $583 in 2017 to $686 in 2018 and to $710 for the nine months ended September 30, 2019.  For the nine months ended September 30, 2019, we sold an average of 1.8 units per transaction in our e-commerce channel. *From 2017 through September 30, 2019, while growing our e-commerce channel, we have maintained 'first purchase profitable' e-commerce economics, defined as gross profit dollars, less marketing dollars, over a specific time period.*

37.     Similarly, the Registration Statement represented that the Company's multi-channel marketing and new retail store strategy generated complementary revenue growth, delivered "increase[d] sales and margin" and "maintained 'first purchase profitable' e-commerce economics." The Registration Statement stated, in pertinent part, as follows:

> **Expand Direct-to-Consumer Presence and Network of Retail Partnerships**

> *We complement our strong online presence by expanding our physical retail footprint to deliver additional consumer touchpoints and increase sales and margin.*  A greater physical retail presence helps us to not only increase consumer awareness and education, but also to offer convenient product trial opportunities, multiple purchase options, and flexibility in delivery.  As of December 31, 2019, we operate 60 retail stores, up from 23 stores at the end of 2018, and are working with 18 retail partners, up from 11 partners at the end of 2018.

> We plan to continue the rollout of new Casper retail stores to strengthen our footprint in existing cities, while selectively entering into new cities in the United States, Canada, and other international markets. Our new store opening process is highly

---

[1]     All emphasis has been added unless otherwise noted.

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 17 of 49 PageID
#: 419

scalable, and we believe there is a significant opportunity for us to further expand our retail store base. We expect that our typical new stores will have between 1,750 and 2,250 square feet of selling space. Over time, we believe there is an opportunity to have more than 200 Casper retail stores in North America alone. *We believe our multi-channel expansion creates synergies and that these channels, to date, have proven to be complementary, not cannibalistic*. In fact, for the nine months ended September 30, 2019, our direct-to-consumer sales in cities where we have opened retail stores have grown over 100% faster on average than cities without a Casper retail store. *From 2017 through September 30, 2019, while expanding our e-commerce channel, we have maintained 'first purchase profitable' e-commerce economics*.

38.     The following charts provided in the Registration Statement purported to show the Company's dramatically improved gross margins and narrowing losses leading up to the IPO, including an 830 basis point improvement in gross profits and a 1,040 basis point improvement in net losses as a percentage of revenues between 4Q18 and 3Q19, leading to a 50.7% gross margin and an 18.0% net loss/revenue ratio by 3Q19:

| | | | | Three Months Ended | | | | |
| (in thousands) | Dec 31, 2017 | Mar 31, 2018 | June 30, 2018 | Sept 30, 2018 | Dec 31, 2018 (unaudited) | Mar 31, 2019 | June 30, 2019 | Sept 30, 2019 |
|---|---|---|---|---|---|---|---|---|
| Revenue, net | $ 73,982 | $ 74,946 | $ 81,639 | $ 103,102 | $ 98,204 | $ 89,437 | $ 95,227 | $ 127,655 |
| Cost of goods sold | 41,520 | 43,400 | 44,224 | 55,932 | 56,583 | 45,865 | 48,535 | 62,942 |
| Gross profit | 32,462 | 31,546 | 37,415 | 47,170 | 41,621 | 43,572 | 46,692 | 64,713 |
| Operating expenses | | | | | | | | |
| Sales and marketing expenses | 29,056 | 28,840 | 28,080 | 35,785 | 33,484 | 29,605 | 39,838 | 44,550 |
| General and administrative expense | 28,469 | 27,630 | 29,822 | 30,714 | 35,357 | 30,884 | 33,250 | 41,992 |
| Total operating expenses | 57,525 | 56,470 | 57,902 | 66,499 | 68,841 | 60,489 | 73,088 | 86,542 |
| Loss from operations | (25,063) | (24,924) | (20,487) | (19,329) | (27,220) | (16,917) | (26,396) | (21,829) |
| Other (income) expense | | | | | | | | |
| Interest (income) expense | (358) | (279) | (177) | (47) | 255 | 257 | 285 | 813 |
| Other (income) expense, net | 185 | (5) | (104) | 58 | 392 | 275 | 279 | 287 |
| Total other (income) expenses, net | (173) | (284) | (281) | 11 | 647 | 532 | 564 | 1,100 |
| Loss before income taxes | (24,890) | (24,640) | (20,206) | (19,340) | (27,867) | (17,449) | (26,960) | (22,929) |
| Income tax (benefit) expense | 24 | 13 | 14 | 18 | (6) | — | (33) | 93 |
| Net loss | (24,914) | (24,653) | (20,220) | (19,358) | (27,861) | (17,449) | (26,927) | (23,022) |
| Other comprehensive income (loss) | | | | | | | | |
| Currency translation adjustment | 60 | (18) | (974) | (296) | 211 | (6) | 101 | (20) |
| Total comprehensive loss | $ (24,854) | $ (24,671) | $ (21,194) | $ (19,654) | $ (27,650) | $ (17,455) | $ (26,826) | $ (23,042) |

*     *     *

- 15 -

|  | Three Months Ended | | | | | | | |
| (as a percentage of Revenue, net) | Dec 31, 2017 | Mar 31, 2018 | June 30, 2018 | Sept 30, 2018 | Dec 31, 2018 | Mar 31, 2019 | June 30, 2019 | Sept 30, 2019 |
| | | | | | (unaudited) | | | |
| Revenue, net | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of goods sold | 56.1% | 57.9% | 54.2% | 54.2% | 57.6% | 51.3% | 51.0% | 49.3% |
| Gross profit | 43.9% | 42.1% | 45.8% | 45.8% | 42.4% | 48.7% | 49.0% | 50.7% |
| Operating expenses | | | | | | | | |
| Sales and marketing expenses | 39.3% | 38.5% | 34.4% | 34.7% | 34.1% | 33.1% | 41.8% | 34.9% |
| General and administrative expense | 38.5% | 36.9% | 36.5% | 29.8% | 36.0% | 34.5% | 34.9% | 32.9% |
| Total operating expenses | 77.8% | 75.3% | 70.9% | 64.5% | 70.1% | 67.6% | 76.8% | 67.8% |
| Loss from operations | (33.9%) | (33.3%) | (25.1%) | (18.7%) | (27.7%) | (18.9%) | (27.7%) | (17.1%) |
| Other (income) expense | | | | | | | | |
| Interest (income) expense | (0.5%) | (0.4%) | (0.2%) | (0.0%) | 0.3% | 0.3% | 0.3% | 0.6% |
| Other (income) expense, net | 0.3% | (0.0%) | (0.1%) | 0.1% | 0.4% | 0.3% | 0.3% | 0.2% |
| Total other (income) expenses, net | (0.2%) | (0.4%) | (0.3%) | 0.0% | 0.7% | 0.6% | 0.6% | 0.9% |
| Loss before income taxes | (33.6%) | (32.9%) | (24.8%) | (18.8%) | (28.4%) | (19.5%) | (28.3%) | (18.0%) |
| Income tax (benefit) expense | 0.0% | 0.0% | 0.0% | 0.0% | (0.0%) | 0.0% | (0.0%) | 0.1% |
| Net loss | (33.7%) | (32.9%) | (24.8%) | (18.8%) | (28.4%) | (19.5%) | (28.3%) | (18.0%) |
| Other comprehensive income (loss) | | | | | | | | |
| Currency translation adjustment | 0.1% | (0.0%) | (1.2%) | (0.3%) | 0.2% | (0.0%) | 0.1% | (0.0%) |
| Total comprehensive loss | (33.6%) | (32.9%) | (26.0%) | (19.1%) | (28.2%) | (19.5%) | (28.2%) | (18.1%) |

39.     The Registration Statement represented that the Company's gross margin had "historically" improved over time as the Company grew in size and improved operating efficiencies and provided no indication that this so-called "historical" trend had changed at the time of the IPO. The Registration Statement stated, in pertinent part, as follows:

> ***We have historically experienced that gross margin, by product, tends to increase over time as we realize cost efficiencies as a result of economies of scale, sourcing strategies and product re-engineering programs.*** In addition, our ability to continue to reduce the cost of our products is critical to increasing our gross margin over the long-term.

40.     Rather than disclose any deterioration in the Company's profitability metrics, the Registration Statement represented that Casper had implemented several strategic initiatives to purportedly ***further improve*** the Company's margins. The Registration Statement stated that these strategic initiatives had already significantly improved the Company's margins in the lead-up to the IPO and that the Company was taking advantage of an "opportunity for continued improvement in gross margins" "to date" (*i.e.*, the date of the IPO). The Registration Statement reassured investors that Casper's "[o]verall business profitability ***will be*** driven" by "continued net revenue growth," "gross margin improvements," and operational efficiencies. The Registration Statement represented, in pertinent part, as follows:

- 16 -

> We are committed to improving productivity and profitability through a number of operational initiatives designed to grow our revenue and expand our margins. ***To date, Casper has had significant results improving gross margins, achieving 50.7% in gross margin for the three months ended September 30, 2019, up from 42.8% for the year ended December 31, 2016. Overall business profitability will be driven by continued net revenue growth in conjunction with gross margin improvements, continued marketing efficiencies, and generating operating leverage. We believe there is opportunity for continued improvement in gross margins, marketing efficiencies, and operating leverage through these key initiatives***:

41. The statements contained in ¶¶35-40 were materially false and misleading because the Registration Statement failed to disclose adverse facts which existed at the time of the IPO, impairing the Company's profitability and drastically reversing the margin trends highlighted in the Registration Statement. Specifically, Casper's relationship with certain of its primary logistics partners had deteriorated beyond repair after the Company's months-long attempt to negotiate more favorable fee agreements for shipping services had failed. As an e-commerce retailer with a focus on direct-to-consumer sales channels, shipping costs represented one of the largest categories of expense in the Company's business operations. Thus, Casper was desperate to lower its shipping costs in order to reduce its operating expenses. However, because Casper was unable to procure the necessary cost concessions from its existing logistics partners, it was forced to find another primary logistics supplier to handle the Company's shipping needs around the same time it was conducting the IPO. This core operational change in one of the most critical components of the Company's business model had the immediate effect of lowering Casper's gross margins by 130 basis points in 1Q20.

42. Adding to the pressure on Casper's gross margins, at the time of the IPO, Casper was struggling to unload a glut of outdated mattress inventory. In 2019, Casper nearly tripled its retail stores, growing from just 23 stores as of December 31, 2018 to 60 stores by December 31, 2019. Unbeknownst to investors, however, that year Casper had badly misjudged customer demand and had purchased far more mattresses than it was able to sell at its retail locations. As a result, Casper

- 17 -

held excessive mattress inventory at the start of 2020 which it needed to quickly unload in order to make room for new merchandise. Towards this end, Casper engaged in discounting and promotional tactics in 1Q20 out of step with its past practices. Ordinarily, Casper increased promotional activities in its second and third fiscal quarters in order to match heightened seasonal demand. However, Casper's undisclosed glut of unsold and outdated mattress inventory as a result of its recent retail store expansions necessitated that the Company employ exceptionally aggressive promotional tactics in 1Q20. The diminished price points for Casper mattress sales in 1Q20 further depressed Casper's gross margins and increased the Company's operating losses during the quarter.

43. These two adverse events had a severely deleterious impact on Casper's gross profits and net losses at the time of the IPO, rendering the statements regarding Casper's profit trends and profitability metrics contained in the Registration Statement materially false and misleading. The Company was not driving "[o]verall business profitability" by "continued net revenue growth in conjunction with gross margin improvements, continued marketing efficiencies, and generating operating leverage" as represented, but in fact suffering sharply worsening profitability trends at the time of the IPO. For example, the Registration Statement represented that Casper's gross profit margins had significantly improved in the lead up to the IPO, growing 830 basis points between 4Q18 and 3Q19 and significantly expanding year over year, as illustrated in the following chart:

- 18 -



**Gross Margin Trends as Represented in the Registration Statement**

44.     However, the Company's actual gross margin trends at the time of the IPO were far more bleak.  Casper's gross margin expansion had reversed in 4Q19, and the Company was suffering

- 19 -

accelerated margin *contraction* during 1Q20 – the same quarter as the IPO – as reflected in the following chart:



45.     The Registration Statement also portrayed Casper's losses as remaining relatively flat between fiscal 2018 and fiscal 2019, with generally improving quarterly losses, even as the Company purportedly experienced rapid revenue growth, as reflected in the following chart:



- 20 -

46.    Unbeknownst to investors, however, Casper's actual losses had ballooned at the time of the IPO, reaching $34.5 million in 1Q20, a **98% *increase*** year over year and 24% higher than the next highest quarterly loss provided in the Registration Statement, as reflected in the following chart:



47.    Similarly, the Registration Statement claimed that the Company's net losses/revenue ratio had either been relatively flat or experienced significant improvements in every quarter leading up to the IPO, as reflected in the following chart:

- 21 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 24 of 49 PageID #: 426



Change in Net Loss/Revenue Year over Year as Represented in the Registration Statement

48.     In actuality, Casper was suffering an astounding *1,100 basis point decline* in its net losses/revenue ratio during 1Q20, the Company's worst performance in two years, as reflected in the following chart:



Actual Change in Net Loss/Revenue Year over Year

- 22 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 25 of 49 PageID #: 427

**Misstatements Regarding Casper's Distribution Network**

49.     The Registration Statement listed several "key initiatives" Casper was employing to purportedly achieve "continued improvement in gross margins, marketing efficiencies, and operating leverage" at the time of the IPO, including: (i) Casper's partnerships "with a number of third-party manufacturing and logistics companies"; and (ii) its investments in "human capital, technology, and multi-channel and international distribution." The Registration Statement stated, in pertinent part, as follows:

- *Invest in Supply Chain*.  We plan to continue to make significant investments in our supply chain to meet the requirements of our growing business.  ***Our supply chain is instrumental to both supporting growth and improving business performance.***  While we currently partner with a number of third-party manufacturing and logistics companies, we are evaluating opportunities to build our own internal capabilities in these areas.

                        *         *         *

- *Achieve Operating Leverage*.  ***Casper has invested ahead of our growth in all areas of our business, including human capital, technology, and multi-channel and international distribution.  As we continue to grow, we have the opportunity to leverage these investments and realize economies of scale***.

50.     The Registration Statement represented that the Company's operations and growth strategy were supported by a "highly qualified" supply chain and distribution network.  In particular, the Registration Statement highlighted the integral role played by the Company's logistics partners in contributing to Casper's financial and operational success, stating that Casper had entered into strategic relationships with logistics companies that were poised to "meet [the Company's] future needs."  The Registration Statement stated, in pertinent part, as follows:

**Supply Chain**

***We manage a global supply chain of highly qualified, third-party manufacturing and logistics partners to produce and distribute our products.  We work with partners who deliver production flexibility and scalability, can support new products, help our growing channel strategies, deliver low costs, and meet other***

- 23 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 26 of 49 PageID #: 428

*required operational needs*. . . . We work with our manufacturing partners to ensure product quality and manufacturing process efficiency.

\* \* \*

**Distribution and Inventory Management**

Approximately two-thirds of our mattresses are shipped directly to our customers from our manufacturers. This inventory strategy allows us to minimize inventory investment while providing an average order to delivery period of less than three days. ***We also work with multiple third-party logistics providers to warehouse our products and manage shipments to our customers. These providers manage distribution activities including product receipt, warehousing, certain limited product inspection activities, and coordinating outbound shipping. They are strategically located in key markets to provide fast order-to-delivery times. Our warehouse management system at these distribution centers interfaces with our order management and enterprise resource planning systems to ensure inventory visibility and management. We believe our domestic and international providers have sufficient expansion capacity to meet our future needs***.

51. Moreover, the Registration Statement pointed to Casper's purportedly "disciplined approach to operations" and efforts to "continue to drive continued operational improvement" at the time of the IPO. The Registration Statement stated, in pertinent part, as follows:

***Disciplined Approach to Operations. As we scale our business, we intend to continue to drive continued operational improvement*** so that we can provide quality products and services to ensure the best possible consumer experiences ***while improving our revenue and controlling our costs. In particular, we plan to drive operational efficiencies through*** a focus on reducing product return rates, ***price optimization, investing in our supply chain***, improving the efficiency and enhancing performance of our marketing investments, and realizing economies of scale.

52. The statements contained in ¶¶49-51 were materially false and misleading because the Registration Statement failed to disclose adverse events impacting the Company's logistics network in the lead up to the IPO. Following months of negotiations, Casper failed to procure the necessary cost concessions from its existing logistics partners (which it badly needed to meet profitability and growth initiatives), forcing the Company to find another primary logistics supplier to handle the Company's shipping needs. The Registration Statement highlighted the vital importance of Casper's logistics partners to the Company's business and operations but failed to

- 24 -

disclose that the Company was then severing ties with its existing partners and transitioning to a new

relationship, with significant and immediate negative impacts to the Company's cash position and

gross margins. Indeed, the Registration Statement misleadingly emphasized the "high quality" and

stability of Casper's existing logistics partners, representing that these partners purportedly had

sufficient capacity to handle the Company's "future" expansion plans. The Registration Statement

represented that Casper was working with its existing logistics partners to drive "continued

improvement in gross margins," when, in fact, it had jettisoned those relationships for a new primary

logistics supplier, which was then negatively impacting Casper's gross margins.

**Misstatements Regarding Casper's Pricing and Promotional Strategies**

53.     The Registration Statement also stated that Casper's ability to optimize prices for its

products was a "key initiative" implemented at the time of the IPO in order to achieve "continued

improvement in gross margins, marketing efficiencies, and operating leverage." The Registration

Statement stated, in pertinent part, as follows:

- *Optimize Price.* ***Through investment in human capital and technology we intend to continue building a data-based understanding of price elasticity dynamics, promotional strategies and other price management tools to drive optimized pricing for Casper and our retail partners.*** Based on the strength of our brand and the value proposition of our products, we believe we have pricing power in the market.

54.     The Registration Statement claimed that Casper had optimized its promotional

strategies through powerful data capabilities and proprietary consumer insights, stating, "Our digital

platforms also allow for constant experimentation and rich data collection that enable us to improve

key business variables such as pricing offers and promotions, upsell incentives, responsiveness,

conversion efficiency, and advertising effectiveness, all of which help inform our marketing mix and

attribution models and further our business." The Registration Statement further stated that

promotions were primarily a factor in Casper's second and third fiscal quarters as a result of the

- 25 -

higher "seasonal" sales during these quarters, thereby minimizing the risk that the Company was engaged in excessive discounting practices in 1Q20.

55.    The statements contained in ¶¶53-54 were materially false and misleading at the time of the IPO because the Registration Statement failed to disclose that Casper had badly misjudged consumer demand for its new retail stores in 2019, causing the Company to accumulate a glut of outdated mattress inventory by the start of 2020.  Because Casper needed to sell this inventory in order to clear space for new mattress models, the Company was engaged in exceptionally aggressive discounting and promotional tactics at the time of the IPO.  Thus, rather than "optimizing" mattress prices to efficiently match consumer demand, Casper had been forced to sell its old inventory at steeply discounted prices because of its 2019 forecast failures.  These promotional efforts exceeded the Company's past practices and did not occur during the seasonally typical second and third fiscal quarters.  Furthermore, Casper's promotional sales tactics were not part of a successful "initiative" to grow profits and improve operating efficiencies as represented, but were, in fact, significantly depressing the Company's gross margins and profitability at the time of the IPO.

**Misstatements Regarding Casper's Cash Position and Cash Flows**

56.    The Registration Statement stated that Casper had $54.5 million in cash and cash equivalents on hand as of September 30, 2019.  The Registration Statement further stated that Casper would use the more than $88 million in net proceeds from the IPO "for working capital, to fund growth and for other general corporate purposes."  The Registration Statement also provided the following chart purportedly showing the Company's improving cash flows, representing that net operational cash outflows had decreased 34% to $29.7 million during the nine months ended September 30, 2019 as compared to the prior year period and further reaffirming that Casper was on a sustainable path to eventual profitability:

- 26 -

| (in thousands) | Nine Months Ended September 30, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2018 | 2017 |
| | | (unaudited) | | |
| Net cash flows used in operating activities: | $ (29,706) | $ (44,934) | $ (72,255) | $ (84,015) |
| Net cash used in investing activities | (39,631) | (7,249) | (12,035) | (10,085) |
| Net cash provided by financing activities | 95,808 | 183 | 14,840 | 169,294 |
| Effect of exchange rate changes | 75 | (1,288) | (1,077) | 279 |
| Net increase (decrease) in cash and cash equivalents | $ 26,546 | $ (53,288) | $ (70,527) | $ 75,473 |

57.     The Registration Statement also stated that, based on observable trends, Casper's retail stores were generating increasing amounts of cash and were expected to cover the costs of new store builds over an 18- to 24-month period as the Company continued expanding retail locations. The Registration Statement stated, in pertinent part, as follows:

> The average capital expenditure was $760,000 for the 26 new retail stores opened in the nine months ended September 30, 2019. ***Consistent with our experience to date, we target for our future retail stores a cash-on-cash payback period ranging from 18 to 24 months***. Consumers have proven to be highly engaged when they experience our retail stores and spend, on average, more than 25 minutes in store when they visit. Across our retail channel, our AOV increased from $437 in 2017 to $720 in 2018 and to $820 for the nine months ended September 30, 2019. For the nine months ended September 30, 2019, we sold an average of 2.4 units per transaction in our retail channel. ***Our presence in physical retail stores has proven complementary to our e-commerce channel, as we believe interaction with multiple channels has created a synergistic "network effect" that increases system-wide sales as a whole. Driving continued success in our retail store expansions will be an important contributor to our future growth and profitability***.

58.     The statements contained in ¶¶56-57 were materially false and misleading because the Registration Statement failed to disclose the significant deterioration in Casper's cash position at the time of the IPO. As a result of the operational impairments and attendant adverse impacts on the Company's profit and loss trends as detailed herein, Casper was suffering from accelerating operational cash outflows at the time of the IPO, further threatening the Company's already precarious cash position. In 1Q20 alone, Casper suffered a $33.1 million net cash outflow as a result of its operating activities, a *five-fold* increase over the prior year period. Indeed, the Company's cash losses from operations during the quarter were 11% higher than the Company's cash losses from operations during the first three quarters of 2019 *combined*. In total, the Company lost $40.2

- 27 -

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 30 of 49 PageID #: 432

million in cash outflows from operating and investing activities in 1Q20, 60% of the Company's total cash reserves as of December 31, 2019. This worsening cash situation materially impaired the Company's operations and growth initiatives. Strikingly, Casper's massive 1Q20 cash burn depleted ***46% of the Company's entire net IPO proceeds*** almost as soon as the proceeds were received from investors, as reflected in the following chart:



**Misstatements Regarding Casper's Growth Trends**

59.     The Registration Statement emphasized Casper's "rapid growth," stating that Casper experienced a 45.5% CAGR in net revenues from 2016 to 2018. The Registration Statement stated, in pertinent part, as follows:

> ***In our first five years, Casper has experienced rapid growth.*** We believe our consumer focus, innovative products, and multichannel go-to-market strategy differentiate us both from legacy competitors and new entrants. ***For the years 2018, 2017, and 2016, our net revenue was $357.9 million, $250.9 million, and $169.1 million, respectively, representing a 45.5% compound annual growth rate, or CAGR, and for the nine months ended September 30, 2019 and 2018, our net revenue was $312.3 million and $259.7 million, respectively, representing 20.3% year-over-year growth***.

- 28 -

60.     The Registration Statement also contained the following charts which purported to show Casper's favorable operating metrics, meteoric revenue growth and massive market opportunities at the time of the IPO:



\*      \*      \*

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 32 of 49 PageID #: 434



61.    The Registration Statement further claimed that "the most exciting opportunities for Casper's growth story *lie ahead*" of the IPO.  For example, the Registration Statement stated that Casper's current addressable market was "$67 billion in 2019, leaving significant opportunity for [further] growth."  The Registration Statement also listed numerous "strategies to help [the Company] achieve this growth," such as "continued operational excellence" that would purportedly

- 30 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 33 of 49 PageID #: 435

be achieved through the quality of the Company's distribution and logistics chains and ongoing optimization of product pricing as detailed above.

62.     The Registration Statement represented that the Company's "continued" growth strategy had set the stage for higher profit margins as a result of its past investment activities as revenues continued to expand.  The Registration Statement stated, in pertinent part, as follows:

**Our Growth Strategy**

***We have achieved rapid growth, generating 45.5% net revenue CAGR from 2016 to 2018, and 20.3% year-over-year net revenue growth for the nine months ended September 30, 2019.  We have also expanded our gross margin from 42.8% in 2016 to 44.1% in 2018 and to 50.7% for the three months ended September 30, 2019, while making significant long-term investments in human capital, research and development, brand-building, and distribution. Our continued investment in and expansion of the Casper brand, distribution, and product offerings will further increase opportunities to acquire new customers and expand relationships with our existing customer base.***

63.     In addition, the Registration Statement provided preliminary results for the year ended December 31, 2019, which further indicated that favorable year-over-year revenue and margin trends were sustainable and continuing.  For example, the Registration Statement stated that during its fiscal 2019, Casper had achieved: (i) net revenue "between $437.3 million and $441.3 million, an increase of $81.4 million or 23% at the midpoint of the range" over the prior year; (ii) gross profit "between $213.0 million and $217.5 million, an increase of $57.5 million or 36% at the midpoint of the range" over the prior year; (iii) gross margin "between 48.7% and 49.3%, an increase of 490 bps at the midpoint of the range" over the prior year; (iv) a net loss of "between $96.4 million and $91.4 million, an increase of $1.8 million or 2% at the midpoint of the range as compared to" the prior year; and (v) adjusted EBITDA "between $(74.9) million and $(70.4) million, an improvement of $9.8 million or 12% at the midpoint of the range, as compared to" the prior year.  Thus, the Registration Statement represented that Casper's margins were expanding in tandem with revenues as its adjusted earnings improved and its net losses remained essentially flat year over year.

- 31 -

64.     In discussing the reasons for the Company's purported success in improving its 2019 profit margins, the Registration Statement pointed to Casper's recent implementation of "supply chain initiatives designed to reduce product unit costs and introducing new higher margin products, which has had a favorable impact to our cost of goods sold." The Registration Statement similarly stated that "[t]he increase in gross margin was largely driven by higher margin products among our new offerings as well as implementing supply chain initiatives designed to reduce product unit costs, which as expected has had a favorable impact to our cost of goods sold."

65.     The statements contained in ¶¶59-64 were materially false and misleading because the Registration Statement failed to disclose the impairments to the Company's operations and efforts to switch its key logistic relationships and engage in exceptionally aggressive price discounting, as detailed herein. The sharp contraction in Casper's gross margins, its worsening cash flows and deteriorating cash situation had irredeemably compromised Casper's ability to continue its historical growth rate and achieve its growth initiatives. Despite the influx of tens of millions of dollars in capital from the IPO, Casper needed to drastically cut spending and curtail its operations in order to preserve cash. These necessary changes had abruptly halted Casper's growth trajectory and impaired its ability to take advantage of favorable market conditions, causing the Company to suffer distinct competitive disadvantages and ultimately arrest, or even reverse, the market share gains highlighted in the Registration Statement.

**Failure to Disclose Information Required by Items 303 and 105 of Regulation S-K**

66.     In addition to the materially false and misleading statements in the Registration Statement identified above, Defendants also violated their affirmative obligations to provide certain material information in the Registration Statement as required by applicable SEC rules and regulations.

- 32 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 35 of 49 PageID
#: 437

67.     Item 303 of SEC Regulation S-K, 17 C.F.R. §229.303 ("Item 303"), requires issuers

to "[d]escribe any known trends or uncertainties that have had or that the registrant reasonably

expects will have a materially favorable and unfavorable impact on the sales or revenues or income

from continuing operations."

68.     In May 1989, the SEC issued an interpretive release on Item 303 ("1989 Interpretive

Release"), stating, in pertinent part, as follows:

> Required disclosure is based on currently known trends, events, and uncertainties
> that are reasonably expected to have material effects, such as: A reduction in the
> registrant's product prices; erosion in the registrant's market share; changes in
> insurance coverage; or the likely non-renewal of a material contract.
>
> *      *      *
>
> A disclosure duty exists where a trend, demand, commitment, event or uncertainty is
> both presently known to management and reasonably likely to have material effects
> on the registrant's financial condition or results of operation.

69.     Further, the 1989 Interpretive Release sets forth the following test to determine if

disclosure under Item 303(a) is required:

> Where a trend, demand, commitment, event or uncertainty is known, management
> must make two assessments:
>
> (1)     Is the trend, demand, commitment, event or uncertainty likely to come to
> fruition? If management determines that it is not reasonably likely to occur, no
> disclosure is required.
>
> (2)     If management cannot make that determination, it must evaluate objectively
> the consequences of the known trend, demand, commitment, event or uncertainty, on
> the assumption that it will come to fruition.  Disclosure is then required unless
> management determines that a material effect on the registrant's financial condition
> or results of operations is not reasonably likely to occur.

70.     The failure of the Registration Statement to disclose that: (i) Casper was in the midst

of changing its critical logistics relationships at the time of the IPO, costing the Company 130 basis

points in gross margin in 1Q20; (ii) Casper held a glut of outdated mattress inventory as a result of

having misjudged consumer demand in 2019 and was in the process of attempting to offload much

- 33 -

of that inventory at clearance prices; (iii) Casper was suffering deteriorating margins, accelerating negative cash outflows and the quick depletion of its already minimal cash reserves; (iv) Casper's core operations were not profitable, but were in fact causing the Company to suffer over $33 million in negative operational cash flows during 1Q20 alone and doubling its quarterly net loss year over year; (v) Casper was suffering accelerating losses, further placing its ability to achieve positive cash flows and profitability out of reach; and (vi) Casper's operations and ability to achieve its growth initiatives and maintain its historical growth trajectory had been materially impaired; violated 17 C.F.R. §229.303(a)(3)(ii) because these undisclosed facts and trends and uncertainties were known and would and did have an unfavorable impact on the Company's sales, revenues and income from continuing operations.

71.     In addition, Item 105 of SEC Regulation S-K, 17 C.F.R. §229.105 ("Item 105"), required, in the "Risk Factors" section of the Registration Statement, a discussion of the most significant factors that made the offering risky or speculative and that each risk factor adequately describe the risk.  Because the omitted material facts alleged in ¶¶35-70 were not disclosed, as well as the consequent material adverse effects on the Company's results and prospects, Defendants violated Item 105.

72.     In fact, the purported risk factors included in the Registration Statement were themselves materially misleading.  For example, the Registration Statement stated a "failure to increase [Casper's] revenue sufficiently to keep pace with [its] investments and other expenses *could* prevent [it] from achieving or maintaining profitability or positive cash flow on a consistent basis," but failed to disclose that the Company was *already* suffering widening deficits and materially impaired margins at the time of the IPO and the reasons for those impairments.  The Registration Statement likewise stated that if Casper failed to send products to consumers "in a timely, effective, and economically viable manner" this "*could* reduce [the Company's] sales and gross margins,

- 34 -

INDEX NO. 652284/2020

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 37 of 49 PageID
#: 439

RECEIVED NYSCEF: 10/26/2020

damage [its] brand, and harm [its] business," but failed to disclose that the Company was *in the midst* of switching its primary logistics supplier costing it 130 basis points of gross margin in 1Q20. Similarly, while the Registration Statement stated that promotions were "occasionally offered" by the Company, it represented that these promotions were seasonal and in particular occurred in connection with increased sales during Casper's second and third fiscal quarters. However, the Registration Statement failed to mention the atypical and exceptionally aggressive discounting that was *then occurring* in the midst of the Company's first fiscal quarter, as Casper was struggling to unload a glut of old and outdated inventory as a result of the Company's failure to properly judge 2019 consumer demand. The Registration Statement's boilerplate, generic expressions of future contingent risk were materially false and misleading and failed to apprise investors of the specific and imminent threats facing the Company and the occurrence of adverse events that were already impacting the Company's business, operations, financial results and prospects at the time of the IPO.

## EVENTS FOLLOWING THE IPO

73. Shortly after the IPO, Casper began to report sharply deteriorating gross margin trends, materially impaired operations and a deteriorating cash position. Moreover, the Company's dwindling cash reserves and ballooning losses undermined Casper's growth initiatives and placed the Company at a distinct competitive disadvantage as compared to its peers. Although these adverse circumstances predated the IPO and dramatically altered the risk/reward profile of investing in Casper stock, they were not disclosed in the Registration Statement.

74. On March 19, 2020 – a little more than one month after the IPO – Casper issued a press release providing the Company's financial and operational results for the quarter and year ended December 31, 2019. In the release, Casper stated that it expected adjusted EBITDA losses of between $30 and $27 million during 1Q20, a *69% increase* from 4Q19 and a 62% increase over the Company's average quarterly adjusted EBITDA losses for fiscal 2019.

- 35 -

INDEX NO. 652284/2020

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 38 of 49 PageID
NYSCEF DOC. NO. 24                          #: 440                          RECEIVED NYSCEF: 10/26/2020

75.     On April 21, 2020, Casper issued a press release providing an update regarding the Company's financial position and operational initiatives. Although Casper had recently raised $88.2 million in net offering proceeds from the IPO, Casper announced that it was taking drastic actions to improve its cash position and business model. Specifically, Casper stated it was reducing the size of its global operations and sales team and completely winding down its European operations, leading to the loss of 21% of its entire corporate workforce globally. These actions were in addition to a retail employee furlough announced on March 30, 2020 and recent widespread retail store closures. These draconian measures were necessitated by the Company's ballooning losses and deteriorating cash position.

76.     In Casper's press release, the Company also announced that Defendant Macfarlane, the Company's CFO and COO, was abruptly resigning. Defendant Macfarlane was a critical component of Casper's executive team, and such a high level executive departure so soon after an initial public offering is exceedingly rare and a red flag for investors. As the Registration Statement acknowledged, Casper's "success depends, in significant part, on the continued services of [its] executive leadership team." The release stated that Casper had appointed Stuart Brown ("Brown") as the Company's interim CFO, effective on the transition date, as the Company searched for a permanent successor to Defendant Macfarlane. Before the end of 2020, Brown would likewise resign from the Company.

77.     On May 12, 2020, Casper issued a press release providing the Company's financial and operational results for the quarter ended March 31, 2020 – the *same quarter* during which Defendants conducted the IPO. Casper suffered a net loss of $34.5 million during the quarter, a *98% increase* year over year, and an adjusted EBITDA loss of $22.9 million, a *60% increase* year over year. Even more distressing, Casper's gross margins had substantially eroded to just 46.9% during the quarter, *380 basis points* below the 50.7% rate for 3Q19 highlighted in the Registration

- 36 -

Statement, while the Company's net losses as a percentage of revenues had declined *1,250 basis points* during this same timeframe to 30.5%, marking the Company's worst quarterly performance in two years. Casper explained that "[t]he decrease in gross margin was driven by a 130 basis points charge associated with a change in logistics provider . . . and increased discounting versus the same period in the prior year due mainly to clearance sales of prior models in advance of the new mattress launch at the end of the first quarter of 2020." While the release claimed that these drastic changes during 1Q20 would confer longer term benefits, the immediate and most pronounced effect was to further deplete Casper's already precarious cash reserves. Casper suffered net cash outflows of $40.2 million during the quarter – *46% of the Company's entire net IPO proceeds* and *approximately 70% greater than* the rate of average quarterly cash burn experienced by Casper during 2019. The Company's operational net cash outflow of $33.1 million was *more than five times* the burn rate from the comparable prior year period.

78. Also on May 12, 2020, Casper held a conference call with analysts and investors to discuss the Company's 1Q20 results. During the call, Brown, Casper's interim CFO, stated that the Company was slashing annual capital expenditures to below $15 million. When asked by an analyst if Casper had missed out on sales because of reduced growth initiatives, Defendant Krim confirmed that the Company was "very focused" on "profitability and cash preservation."

79. That same day, Casper filed with the SEC its quarterly report on Form 10-Q for 1Q20 in which it stated that the Company's cash and cash equivalents had only increased $48.5 million during the quarter, despite the fact that the Company had received over $88 million in net cash proceeds from the IPO. The Form 10-Q also stated that Casper had suffered $40.2 million in negative cash outflows from operating and investing activities during the quarter. As the Company had only $116 million in cash on hand as of March 31, 2020, Casper was on track to run out of cash entirely by the end of the year.

- 37 -

80.     On May 13, 2020, analysts at Wedbush published a report concluding that Casper was "leaving sales on the table." It noted that Casper's 1Q20 gross margins of 46.9% missed forecasts "as extended clearance period discounting on the company's old product line weighed on performance and it incurred a charge associated with a change in logistics provider." The report found that Casper would likely continue to underperform its peers as a result of its liquidity constraints, stating, in pertinent part, as follows:

> CSPR may have restrained its growth by limiting advertising in an effort to reduce cash burn in an uncertain business environment, effectively leaving sales on the table; that explanation aligns with aggressive cost cuts, capex cuts and its decision to exit Europe. . . . ***Nonetheless, CSPR is still burning cash and is very cognizant of its limited liquidity, which will lead it to continue limiting risks and likely underperform peers.***

81.     On August 11, 2020, Casper issued a press release providing the Company's financial and operational results for the quarter ended June 30, 2020. The Company stated that it had generated only $110.2 million in net revenue during the quarter, a ***decline*** from the $113.0 million generated in the seasonally slower 1Q20 and a far cry from the 45.5% CAGR growth rate highlighted in the Registration Statement. Although revenues in the Company's direct-to-consumer channels, which included its e-commerce sales, increased 5% year-over-year, this was far below the revenue growth among the Company's primary competitors. As a self-described trailblazer in online mattress retail, Casper should have been uniquely positioned to take advantage of a surging online home goods marketplace during the first half of 2020, but was instead ceding market share to its competitors. For example, Purple experienced a 128% improvement in its DTC segment revenues during 2Q20, or roughly ***twenty-five times*** the segment growth claimed by Casper. Furthermore, Casper continued to experience elevated net losses of $24.2 million during the quarter, despite the presence of historically low advertising and marketing rates which had buoyed profits across the mattress industry.

- 38 -

82.      Also on August 11, 2020, Casper held an earnings conference call with analysts and investors to discuss the Company's 2Q20 results.  During the call, Defendant Krim admitted that Casper had "underspent" in sales and marketing earlier in the year as a result of its "very conservative" posture as the Company looked for "opportunistic ways to profitably acquire customers."  Later, in response to an analyst question, Defendant Krim followed up on this point, stating that more recent sales improvements were directly "tied with about when we started to spend up on advertising and with the emphasis on kind of response and performance advertising."  These statements effectively confirmed that Casper's constrained cash position as a result of the undisclosed circumstances that existed prior to the IPO had materially impaired the Company's growth initiatives and eroded its ostensible competitive advantages.

83.      Equity analysts have also noted this point.  For example, on August 5, 2020, analysts at Wedbush issued a report predicting that Casper had suffered disappointing 2Q20 results based on Wedbush's channel checks and data-points.  The analyst report captured market sentiment regarding Casper's underperformance relative to its peers as a result of the Company's constrained cash position, stating, in pertinent part, as follows:

> We remain sidelined on CSPR into 2Q20 earnings on Tuesday, August 11 BMO. ***Given that this may be the best time in history for online retail growth, especially in the home goods and mattress industry, CSPR should not only be able to drive strong top-line growth, but also strong incremental profits***. If it falls short, it is not a favorable sign for the future. ***Our checks and data points indicate that CSPR is not keeping up with peers in catching this rising tide. …. CSPR may be continuing to leave "sales on the table" as it focuses on profitability, but this is despite that fact that incremental margins on mattress sales should be very high in this environment.***

84.      Subsequent to the IPO, Casper stock has suffered significant and sustained price declines.  On June 4, 2020 (the day before the first complaint in this matter was filed), Casper stock closed at just $8.18 share, ***32% below the IPO price***.  Since then, the price of Casper stock has continued its downward trajectory and currently trades at ***only about $7.00 per share***.  In light of this

- 39 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 42 of 49 PageID #: 444

performance, Casper's IPO has been described by market commentators as a "first-class disaster" and "big disappoint" that "burned" the Company's investors.

85.     Compounding the harm to investors, Casper's precarious cash position and deteriorating profitability metrics at the time of the IPO have substantially impaired its ability to take advantage of a buoyant market for online mattress retailers.  Despite favorable market dynamics for most of 2020, Casper's share price has substantially lagged its competitors.  The following chart illustrates the price of Casper stock since the IPO as compared to the stock price for its primary online competitor, Purple:



86.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's shares, Plaintiffs and other Class members have suffered significant losses and damages.

- 40 -

## CLASS ACTION ALLEGATIONS

87.     Plaintiffs bring this action as a class action on behalf of all those who purchased Casper common stock in or traceable to the IPO (the "Class"). Excluded from the Class are Defendants and their families, the officers, directors and affiliates of Defendants, at all relevant times, members of their immediate families, and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

88.     The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are hundreds of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Casper or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions, including being given an opportunity to exclude themselves from the Class.

89.     Plaintiffs' claims are typical of the claims of the members of the Class, as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

90.     Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

91.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether Defendants violated the Securities Act;

(b)     whether statements made in the Registration Statement misrepresented material facts about the business and operations of Casper;

- 41 -

INDEX NO. 652284/2020

NYSCEF DOC. NO. 24    Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 44 of 49 PageID    RECEIVED NYSCEF: 10/26/2020
#: 446

(c)     whether the Registration Statement omitted material facts necessary to make

the statements made, in light of the circumstances under which they were made, not misleading;

(d)     whether the Registration Statement violated Items 303 and 105; and

(e)     to what extent the members of the Class have sustained damages and the

proper measure of damages.

92.     A class action is superior to all other available methods for the fair and efficient

adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the

damages suffered by individual Class members may be relatively small, the expense and burden of

individual litigation make it impossible for members of the Class to individually redress the wrongs

done to them. There will be no difficulty in the management of this action as a class action.

## FIRST CAUSE OF ACTION

### For Violation of Section 11 of the Securities Act Against All Defendants

93.     Plaintiffs repeat and reallege ¶¶1-92 by reference.

94.     This Cause of Action is brought pursuant to Section 11 of the Securities Act,

15 U.S.C. §77k, on behalf of the Class, against all Defendants.

95.     This Cause of Action does not sound in fraud. Plaintiffs do not allege that the

Individual Defendants or the Underwriter Defendants had scienter or fraudulent intent, which are not

elements of a Section 11 claim.

96.     The Registration Statement for the IPO was inaccurate and misleading, contained

untrue statements of material fact, omitted to state other facts necessary to make the statements made

not misleading, and omitted to state material facts required to be stated therein.

97.     Defendants are liable under theories of strict liability or negligence to Plaintiffs and

the Class for the misstatements and omissions.

- 42 -

Case 1:20-cv-02744-MKB-RML    Document 23-3    Filed 12/01/20    Page 45 of 49 PageID #: 447

98.     None of the Defendants made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statement were true and without omission of any material fact and were not misleading.

99.     By reason of the conduct herein alleged, each Defendant named herein violated, and/or controlled a person who violated, Section 11 of the Securities Act.

100.     Plaintiffs acquired Casper common stock in and/or traceable to the IPO.

101.     Plaintiffs and the Class have sustained damages. The value of Casper common stock has declined substantially subsequent to and due to Defendants' violations.

102.     At the time of their purchases of Casper common stock, Plaintiffs and other members of the Class were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to the disclosures herein. Less than one year has elapsed from the time that Plaintiffs discovered or reasonably could have discovered the facts upon which this complaint is based to the time that Plaintiffs commenced this action. Less than three years have elapsed between the time that the stock upon which this Cause of Action is brought was offered to the public and the time Plaintiffs commenced this action. It is therefore timely.

## SECOND CAUSE OF ACTION

**For Violation of Section 15 of the Securities Act Against the Individual Defendants**

103.     Plaintiffs repeat and reallege ¶¶1-102 by reference.

104.     This Cause of Action is brought pursuant to Section 15 of the Securities Act against the Individual Defendants.

105.     The Individual Defendants each were control persons of Casper by virtue of their positions as directors, senior executives, and/or major stockholders of Casper. The Individual Defendants each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of Casper. The Individual Defendants were

- 43 -

each critical to effecting the IPO, based on their preparing and signing the Registration Statement, soliciting investors to invest in the IPO, and by having taken actions to ensure that the IPO was successfully completed.

106.     The Individual Defendants did not make reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statements were accurate complete in all material respects.  Had they exercised reasonable care, they could have known of the material misstatements and omissions alleged herein.

107.     By reason of such wrongful conduct, for which the Company is primarily liable, as set forth above, the Individual Defendants are jointly and severally liable with and to the same extent as Casper pursuant to Section 15 of the Securities Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

A.     Determining that this action is a proper class action and certifying Plaintiffs as class representatives under N.Y. C.P.L.R. art. 9, *et seq.*, and certifying Plaintiffs' Lead Counsel as Class Counsel;

B.     Awarding compensatory damages in favor of Plaintiffs and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.     Awarding Plaintiffs and the other members of the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Awarding such equitable/injunctive or other relief as the Court may deem just and proper, including permitting any putative Class members to exclude themselves by requesting exclusion through noticed procedures.

- 44 -

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 47 of 49 PageID #: 449

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury.

DATED: October 26, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
AVITAL O. MALINA

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
amalina@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

*Lead Counsel and Chair of the*
*Executive Committee*

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

- 45 -

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 48 of 49 PageID
#: 450

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Telephone:  858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Executive Committee Members*

BRONSTEIN, GEWIRTZ
   & GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone: 212/697-6484
212/697-7296 (fax)
peretz@bgandg.com
eitank@bgandg.com

*Additional Plaintiffs' Counsel*

- 46 -

Case 1:20-cv-02744-MKB-RML   Document 23-3   Filed 12/01/20   Page 49 of 49 PageID #: 451

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on October 26, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the NYSCEF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN