# Exhibit 4

Case 1:20-cv-02744-MKB-RML    Document 23-4    Filed 12/01/20    Page 2 of 7 PageID #: 453

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

———————————————————— X

In re CASPER SLEEP INC. SECURITIES
LITIGATION

———————————————————— 

This Document Relates To:

    ALL CONSOLIDATED ACTIONS.

———————————————————— X

:
:
:
:
:
:
:
:
:
:
:

Index No. 652284/2020

<u>CLASS ACTION</u>

**NOTICE OF ENTRY**

      PLEASE TAKE NOTICE that attached is a true and correct copy of the Joint Stipulation and

Order Extending Time to File Consolidated Complaint and Related Deadlines of the Supreme Court

of the State of New York, County of New York (Schecter, J.), dated and entered in the Office of the

New York County Clerk on October 22, 2020 (NYSCEF No. 22), granting the parties' stipulated

request to extend the deadlines to file the consolidated complaint and related deadlines.

DATED:  October 22, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
AVITAL O. MALINA

                */s/ Samuel H. Rudman*
               SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
amalina@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

Case 1:20-cv-02744-MKB-RML    Document 23-4    Filed 12/01/20    Page 3 of 7 PageID #: 454

*Lead Counsel and Chair of the Executive Committee*

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Telephone:  858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Executive Committee Members*

BRONSTEIN, GEWIRTZ
   & GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone: 212/697-6484
212/697-7296 (fax)
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiffs*

- 2 -

Case 1:20-cv-02744-MKB-RML Document 23-4 Filed 12/01/20 Page 4 of 7 PageID #: 455

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

———————————————————— X

In re CASPER SLEEP INC. SECURITIES
LITIGATION

———————————————————————

This Document Relates To:

    ALL CONSOLIDATED ACTIONS.

———————————————————— X

Index No. 652284/2020

<u>CLASS ACTION</u>

**JOINT STIPULATION AND ORDER
EXTENDING TIME TO FILE
CONSOLIDATED COMPLAINT AND
RELATED DEADLINES**

WHEREAS, on August 12, 2020, the Court entered an order setting a schedule for the filing of a consolidated complaint and responsive pleadings thereto, NYSCEF Dkt. No. 14 ("Order");

WHEREAS, pursuant to the Order and applicable scheduling rules, the consolidated complaint is currently due October 13, 2020;

WHEREAS, Lead Counsel has encountered an unexpected delay in the preparation of the consolidated complaint due to personnel issues;

WHEREAS, Lead Counsel has conferred with Defendants regarding a short extension of the time to file the consolidated complaint and responsive pleadings thereto;

WHEREAS, Defendants do not oppose such extension and good cause existing therefor;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their undersigned counsel, jointly stipulate and agree as follows:

1.    Plaintiffs will file the consolidated complaint by October 26, 2020. Defendants will answer, move or otherwise respond to the consolidated complaint within 60 days after its filing; Plaintiffs will file opposition to any motion directed to such complaint within 60 days after the

Case 1:20-cv-02744-MKB-RML    Document 23-4    Filed 12/01/20    Page 5 of 7 PageID #: 456

motion's filing; and Defendants will file reply papers in connection with any such motion within 30 days after the filing of Plaintiffs' opposition.

DATED:  October 9, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN

*Samuel H. Rudman*
_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

*Lead Counsel for Plaintiffs*

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Telephone:  858/914-2001
858/914-2002 (fax)
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

- 2 -

Case 1:20-cv-02744-MKB-RML     Document 23-4     Filed 12/01/20     Page 6 of 7 PageID #: 457

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

*Members of the Executive Committee*

BRONSTEIN, GEWIRTZ
    & GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone: 212/697-6484
212/697-7296 (fax)
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiffs*

DATED:  October 9, 2020

PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
AUDRA J. SOLOWAY

*Audra J. Soloway*
AUDRA J. SOLOWAY

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212/373-3289
212/492-0289 (fax)
asoloway@paulweiss.com

*Counsel for Defendants Casper Sleep Inc.,*
*Philip Krim, Gregory Macfarlane, Neil Parikh,*
*Anthony Florence,Diane Irvine, Jack Lazar,*
*Benjamin Lerer, Karen Katz, and Dani Reiss*

- 3 -

Case 1:20-cv-02744-MKB-RML    Document 23-4    Filed 12/01/20    Page 7 of 7 PageID #: 458

DATED: October 9, 2020

WILLKIE FARR & GALLAGHER LLP
TODD G. COSENZA

*Todd G. Cosenza*
_____
TODD G. COSENZA
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  212/728-8154
212/728-9154 (fax)
tcosenza@willkie.com

*Counsel for Defendants Morgan Stanley & Co.
LLC, Goldman Sachs & Co. LLC, Jeffries LLC,
BofA Securities, Inc., UBS Securities LLC,
Citigroup Global Markets Inc., Piper Sandler &
Co., and Guggenheim Securities, LLC*

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: 10/22/2020

_____
THE HONORABLE JENNIFER G. SCHECTER

- 4 -