# Exhibit 6

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

**EXHIBIT 6**

<table>
<tr><td colspan="3"><strong>Overlapping Alleged Misstatements</strong><br><br>(emphasis replicated from bold/italics in Amended Complaints)</td></tr>
<tr><td><strong>Category</strong></td><td><strong>State Amended Complaint</strong></td><td><strong>Federal Amended Complaint</strong></td></tr>
<tr>
<td rowspan="3"><strong>Profits and Profitability Trends</strong></td>
<td>We currently operate 60 retail stores in the U.S. and Canada. <em><strong>As of September 30, 2019, our existing stores that have been operating for one year or longer are all four-wall profitable, calculated as gross profit, less operating expenses (excluding one-time build-out costs and non-allocable marketing and overhead expenses), for each store.</strong></em> (State Compl. ¶ 35)</td>
<td>We currently operate 60 retail stores in the U.S. and Canada. <em><strong>As of September 30, 2019, our existing stores that have been operating for one year or longer are all four-wall profitable, calculated as gross profit, less operating expenses (excluding one-time build-out costs and non-allocable marketing and overhead expenses), for each store.</strong></em></td>
</tr>
<tr>
<td>Across our e-commerce channel, our average order value, or AOV, which is defined as net revenue divided by total orders placed, increased from $583 in 2017 to $686 in 2018 and to $710 for the nine months ended September 30, 2019. For the nine months ended September 30, 2019, we sold an average of 1.8 units per transaction in our e-commerce channel. <em><strong>From 2017 through September 30, 2019, while growing our e-commerce channel, we have maintained 'first purchase profitable' ecommerce economics, defined as gross profit dollars, less marketing dollars, over a specific time period.</strong></em> (State Compl. ¶ 36)</td>
<td>Across our e-commerce channel, our average order value, or AOV, which is defined as net revenue divided by total orders placed, increased from $583 in 2017 to $686 in 2018 and to $710 for the nine months ended September 30, 2019. For the nine months ended September 30, 2019, we sold an average of 1.8 units per transaction in our e-commerce channel. <em><strong>From 2017 through September 30, 2019, while growing our e-commerce channel we have maintained 'first purchase profitable' e-commerce economics, defined as gross profit dollars, less marketing dollars, over a specific time period.</strong></em> (Fed. Compl. ¶ 89)</td>
</tr>
<tr>
<td><strong>Expand Direct-to-Consumer Presence and Network of Retail Partnerships</strong><br><br><em><strong>We complement our strong online presence by expanding our physical retail footprint to deliver additional consumer touchpoints and increase sales</strong></em></td>
<td><em><strong>Expand Direct-to-Consumer Presence and Network of Retail Partnerships</strong></em><br><br><em><strong>We complement our strong online presence by expanding our physical retail footprint to deliver additional consumer touchpoints and increase sales</strong></em></td>
</tr>
</table>

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

2

| | Overlapping Alleged Misstatements | |
|---|---|---|
| | (emphasis replicated from bold/italics in Amended Complaints) | |
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *and margin.* A greater physical retail presence helps us to not only increase consumer awareness and education, but also to offer convenient product trial opportunities, multiple purchase options, and flexibility in delivery. As of December 31, 2019, we operate 60 retail stores, up from 23 stores at the end of 2018, and are working with 18 retail partners, up from 11 partners at the end of 2018.<br><br>We plan to continue the rollout of new Casper retail stores to strengthen our footprint in existing cities, while selectively entering into new cities in the United States, Canada, and other international markets. Our new store opening process is highly scalable, and we believe there is a significant opportunity for us to further expand our retail store base. We expect that our typical new stores will have between 1,750 and 2,250 square feet of selling space. Over time, we believe there is an opportunity to have more than 200 Casper retail stores in North America alone. ***We believe our multi-channel expansion creates synergies and that these channels, to date, have proven to be complementary, not cannibalistic.*** In Fed. Compl.t, for the nine months ended September 30, 2019, our direct-to-consumer sales in cities where we have opened retail stores have grown over 100% faster on average than cities without a Casper retail store. ***From 2017 through September 30, 2019, while expanding our e-commerce channel, we*** | *and margin.* A greater physical retail presence helps us to not only increase consumer awareness and education, but also to offer convenient product trial opportunities, multiple purchase options, and flexibility in delivery. As of December 31, 2019, we operate 60 retail stores, up from 23 stores at the end of 2018, and are working with 18 retail partners, up from 11 partners at the end of 2018.<br><br>***We plan to continue the rollout of new Casper retail stores to strengthen our footprint in existing cities, while selectively entering into new cities in the United States, Canada, and other international markets. Our new store opening process is highly scalable, and we believe there is a significant opportunity for us to further expand our retail store base.*** We expect that our typical new stores will have between 1,750 and 2,250 square feet of selling space. Over time, we believe there is an opportunity to have more than 200 Casper retail stores in North America alone. We believe our multi-channel expansion creates synergies and that these channels, to date, have proven to be complementary, not cannibalistic. In Fed. Compl.t, for the nine months ended September 30, 2019, our direct-to-consumer sales in cities where we have opened retail stores have grown over 100% faster on average than cities without a Casper retail store. ***From 2017 through September 30, 2019, while expanding our e-commerce*** |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

3

| | **Overlapping Alleged Misstatements** (emphasis replicated from bold/italics in Amended Complaints) | |
|---|---|---|
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *have maintained 'first purchase profitable' e-commerce economics.* (State Compl. ¶ 37) | *channel, we have maintained 'first purchase profitable' e-commerce economics.* (Fed. Compl. ¶ 90) |
| | We are committed to improving productivity and profitability through a number of operational initiatives designed to grow our revenue and expand our margins. *To date, Casper has had significant results improving gross margins, achieving 50.7% in gross margin for the three months ended September 30, 2019, up from 42.8% for the year ended December 31, 2016. Overall business profitability will be driven by continued net revenue growth in conjunction with gross margin improvements, continued marketing efficiencies, and generating operating leverage. We believe there is opportunity for continued improvement in gross margins, marketing efficiencies, and operating leverage through these key initiatives:* (State Compl. ¶ 40) | We are committed to improving productivity and profitability through a number of operational initiatives designed to grow our revenue and expand our margins. *To date, Casper has had significant results improving gross margins, achieving 50.7% in gross margin for the three months ended September 30, 2019, up from 42.8% for the year ended December 31, 2016. Overall business profitability will be driven by continued net revenue growth in conjunction with gross margin improvements, continued marketing efficiencies, and generating operating leverage. We believe there is opportunity for continued improvement in gross margins, marketing efficiencies, and operating leverage through these key initiatives:* (Fed. Compl. ¶ 91) |
| **Distribution Network** | *Invest in Supply Chain.* We plan to continue to make significant investments in our supply chain to meet the requirements of our growing business. *Our supply chain is instrumental to both supporting growth and improving business performance.* While we currently partner with a number of third-party manufacturing and logistics companies, we are evaluating opportunities to build our own internal capabilities in these areas. (State Compl. ¶ 49) | *Invest in Supply Chain.* We plan to continue to make significant investments in our supply chain to meet the requirements of our growing business. Our supply chain is instrumental to both supporting growth and improving business performance. *While we currently partner with a number of third-party manufacturing and logistics companies, we are evaluating opportunities to build our own internal capabilities in these areas.* (Fed. Compl. ¶ 91) |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

4

| | Overlapping Alleged Misstatements | |
| | (emphasis replicated from bold/italics in Amended Complaints) | |
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *Achieve Operating Leverage.* **Casper has invested ahead of our growth in all areas of our business, including human capital, technology, and multichannel and international distribution. As we continue to grow, we have the opportunity to leverage these investments and realize economies of scale.** (State Compl. ¶ 49) | *Achieve Operating Leverage.* **Casper has invested ahead of our growth in all areas of our business, including human capital, technology, and multichannel and international distribution. As we continue to grow, we have the opportunity to leverage these investments and realize economies of scale.** (Fed. Compl. ¶ 91) |
| | **Supply Chain**<br><br>*We manage a global supply chain of highly qualified, third-party manufacturing and logistics partners to produce and distribute our products. We work with partners who deliver production flexibility and scalability, can support new products, help our growing channel strategies, deliver low costs, and meet other required operational needs. . . .* We work with our manufacturing partners to ensure product quality and manufacturing process efficiency.<br><br>* * *<br><br>**Distribution and Inventory Management**<br><br>Approximately two-thirds of our mattresses are shipped directly to our customers form our manufacturers. This inventory strategy allows us to minimize inventory investment while providing an average order to delivery period of less than three days. *We also work with* | **Supply Chain**<br><br>*We manage a global supply chain of highly qualified, third-party manufacturing and logistics partners to produce and distribute our products. We work with partners who deliver production flexibility and scalability, can support new products, help our growing channel strategies, deliver low costs, and meet other required operational needs . . . . .* We work with our manufacturing partners to ensure product quality and manufacturing process efficiency.<br><br>* * *<br><br>**Distribution and Inventory Management**<br><br>Approximately two-thirds of our mattresses are shipped directly to our customers form our manufacturers. This inventory strategy allows us to minimize inventory investment while providing an average order to delivery period of less than three days. *We also work with* |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

5

| | **Overlapping Alleged Misstatements**<br>(emphasis replicated from bold/italics in Amended Complaints) | |
|---|---|---|
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *multiple third-party logistics providers to warehouse our products and manage shipments to our customers. These providers manage distribution activities including product receipt, warehousing, certain limited product inspection activities, and coordinating outbound shipping. They are strategically located in key markets to provide fast order-to-delivery times. Our warehouse management system at these distribution centers interfaces with our order management and enterprise resource planning systems to ensure inventory visibility and management. We believe our domestic and international providers have sufficient expansion capacity to meet our future needs.* (State Compl. ¶ 50) | *multiple third-party logistics providers to warehouse our products and manage shipments to our customers. These providers manage distribution activities including product receipt, warehousing, certain limited product inspection activities, and coordinating outbound shipping. They are strategically located in key markets to provide fast order-to-delivery times. Our warehouse management system at these distribution centers interfaces with our order management and enterprise resource planning systems to ensure inventory visibility and management. We believe our domestic and international providers have sufficient expansion capacity to meet our future needs.* (Fed. Compl. ¶ 94) |
| **Promotional Strategies** | *Optimize Price.* **Through investment in human capital and technology we intend to continue building a data-based understanding of price elasticity dynamics, promotional strategies and other price management tools to drive optimized pricing for Casper and our retail partners.** Based on the strength of our brand and the value proposition of our products, we believe we have pricing power in the market. (State Compl. ¶ 53) | *Optimize Price.* **Through investment in human capital and technology we intend to continue building a data-based understanding of price elasticity dynamics, promotional strategies and other price management tools to drive optimized pricing for Casper and our retail partners.** Based on the strength of our brand and the value proposition of our products, we believe we have pricing power in the market. (Fed. Compl. ¶ 91) |
| **Cash Position and Cash Flows** | The average capital expenditure was $760,000 for the 26 new retail stores opened in the nine months ended September 30, 2019. **Consistent with our experience to date, we target for our future retail stores a cash-on-** | The average capital expenditure was $760,000 for the 26 new retail stores opened in the nine months ended September 30, 2019. **Consistent with our experience to date, we target for our future retail stores a cash-on-** |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

6

| | **Overlapping Alleged Misstatements** (emphasis replicated from bold/italics in Amended Complaints) | |
|---|---|---|
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *cash payback period ranging from 18 to 24 months.* Consumers have proven to be highly engaged when they experience our retail stores and spend, on average, more than 25 minutes in store when they visit.  Across our retail channel, our AOV increased from $437 in 2017 to $720 in 2018 and to $820 for the nine months ended September 30, 2019.  For the nine months ended September 30, 2019, we sold an average of 2.4 units per transaction in our retail channel.  *Our presence in physical retail stores has proven complementary to our e-commerce channel, as we believe interaction with multiple channels has created a synergistic "network effect" that increases system-wide sales as a whole. Driving continued success in our retail store expansions will be an important contributor to our future growth and profitability.*  (State Compl. ¶ 57) | *cash payback period ranging from 18 to 24 months.* Consumers have proven to be highly engaged when they experience our retail stores and spend, on average, more than 25 minutes in store when they visit.  *Across our retail channel, our AOV increased from $437 in 2017 to $720 in 2018 and to $820 for the nine months ended September 30, 2019.*  For the nine months ended September 30, 2019, we sold an average of 2.4 units per transaction in our retail channel.  Our presence in physical retail stores has proven complementary to our e-commerce channel, as we believe interaction with multiple channels has created a synergistic "network effect" that increases system-wide sales as a whole. *Driving continued success in our retail store expansions will be an important contributor to our future growth and profitability.*  (Fed. Compl. ¶ 88) |
| **Growth Strategy** | **Our Growth Strategy** <br><br> *We have achieved rapid growth, generating 45.5% net revenue CAGR from 2016 to 2018, and 20.3% year-over-year net revenue growth for the nine months ended September 30, 2019.  We have also expanded our gross margin from 42.8% in 2016 to 44.1% in 2018 and to 50.7% for the three months ended September 30, 2019, while making significant long-term investments in human capital, research and development, brand-building, and distribution.  Our* | **Our Growth Strategy** <br><br> We have achieved rapid growth, generating 45.5% net revenue CAGR from 2016 to 2018, and 20.3% year-over-year net revenue growth for the nine months ended September 30, 2019. We have also expanded our gross margin from 42.8% in 2016 to 44.1% in 2018 and to 50.7% for the three months ended September 30, 2019, while making significant long-term investments in human capital, research and development, brand-building, and distribution. Our continued investment in |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

7

| | Overlapping Alleged Misstatements | |
|---|---|---|
| | (emphasis replicated from bold/italics in Amended Complaints) | |
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | *continued investment in and expansion of the Casper brand, distribution, and product offerings will further increase opportunities to acquire new customers and expand relationships with our existing customer base.* (State Compl. ¶ 62) | and expansion of the Casper brand, distribution, and product offerings will further increase opportunities to acquire new customers and expand relationships with our existing customer base. (Fed. Compl. ¶ 92) |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

8

| | **Overlapping Alleged Misstatements** | |
|---|---|---|
| | (emphasis replicated from bold/italics in Amended Complaints) | |
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| **SEC Item 303** | The failure of the Registration Statement to disclose that (i) Casper was in the midst of changing its critical logistics relationships at the time of the IPO, costing the Company 130 basis points in gross margin in 1Q20; (ii) Casper held a glut of outdated mattress inventory as a result of having misjudged consumer demand in 2019 and was in the process of attempting to offload much of that inventory at clearance prices; (iii) Casper was suffering deteriorating margins, accelerating negative cash outflows and the quick depletion of its already minimal cash reserves; (iv) Casper's core operations were not profitable, but were in Fed. Compl.t causing the company to suffer over $33 million in negative operational cash flows during 1Q20 alone and doubling its quarterly net loss year over year; (v) Casper was suffering accelerating losses, further placing its ability to achieve positive cash flows and profitability out of reach; and (vi) Casper's operations and ability to achieve its growth initiatives and maintain its historical growth trajectory had been materially impaired; violated 17 CFR § 29.303(a)(3)(ii) because these undisclosed facts and trends and uncertainties were known and would and did have an unfavorable impact on the Company's sales, revenues and income from continuing operations.   (State Compl. ¶ 70) | Item 303 of SEC Regulation S-K, 17 C.F.R. §229.303, also required disclosure of any known events or uncertainties that had caused, or were reasonably likely to cause, Casper's disclosed financial information not to be indicative of future results. The risks posed by the Company's deteriorating margin rate, accelerating losses, loss of a key distribution partner, glut of outdated inventory and ongoing extraordinary promotional activity were known and were likely to (and in Fed. Compl.t did) materially and adversely affect Casper's results and prospects. The omitted material facts alleged herein were reasonably expected to (and did) have an unfavorable impact on the Company's sales, revenues and income from continuing operations.  (Fed. Compl. ¶ 96) |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

9

| | **Overlapping Alleged Misstatements** (emphasis replicated from bold/italics in Amended Complaints) | |
|---|---|---|
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| **SEC Item 105** | In addition, Item 105 of SEC Regulation S-K, 17 C.F.R. § 229.105 ("Item 105"), required, in the "Risk Factors" section of the Registration Statement, a discussion of the most significant factors that made the offering risky or speculative and that each risk factor adequately describe the risk.  Because the omitted material facts alleged in ¶¶35-70 were not disclosed, as well as the consequent material adverse effects on the Company's results and prospects, Defendants violated Item 105.  (State Compl. ¶ 71) | In addition, Item 105 of SEC Regulation S-K, 17 C.F.R. § 229.105, required, in the "Risk Factors" section of the Registration Statement, a discussion of the most significant Factors that made the offering risky or speculative and that each risk factor adequately describe the risk.  Because the omitted material facts alleged herein were not disclosed, as well as the consequent material  adverse effects on the Company's future results and prospects, defendants violated Item 105.  (Fed. Compl. ¶ 97) |
| | In fact, the purported risk factors included in the Registration Statement were themselves materially misleading. For example, the Registration Statement stated a "failure to increase [Casper's] revenue sufficiently to keep pace with [its] investments and other expenses *could* prevent [it] from achieving or maintaining profitability or positive cash flow on a consistent basis," but failed to disclose that the Company was *already* suffering widening deficits and materially impaired margins at the time of the IPO and the reasons for those impairments. The Registration Statement likewise stated that if Casper failed to send products to consumers "in a timely, effective, and economically viable manner" this "*could* reduce [the Company's] sales and gross margins, damage [its] brand, and harm [its]  business," but failed to disclose that the Company was *in the midst of* switching its | Moreover, the purported risk factors that defendants did provide in the Registration Statement were themselves materially misleading. For example, the Registration Statement stated that a "failure to increase [Casper's] revenue sufficiently to keep pace with [its] investments and other expenses could prevent [it] from achieving or maintaining profitability or positive cash flow on a consistent basis," but failed to disclose that the Company was already suffering widening deficits and materially impaired margins at the time of the IPO, or the reasons for those impairments.  Similarly, while the Registration Statement stated that promotions were "occasionally offered" by the Company, it stated that these promotions were highly seasonal and occurred in connection with increased sales during Casper's second and third fiscal quarters and failed to mention the deep discounting that was then occurring in the midst of the |

*Lematta* v. *Casper Sleep Inc.*, No. 1:20-cv-02744-MKB-RML

10

| | Overlapping Alleged Misstatements (emphasis replicated from bold/italics in Amended Complaints) | |
|---|---|---|
| **Category** | **State Amended Complaint** | **Federal Amended Complaint** |
| | primary logistics supplier costing it 130 basis points of gross margin in 1Q20. Similarly, while the Registration Statement stated that promotions were "occasionally offered" by the Company, it represented that these Promotions were seasonal and in particular occurred in connection with increased sales during Casper's second and third fiscal quarters. However, the Registration Statement failed to mention the atypical and exceptionally aggressive discounting that was *then occurring* in the midst of the Company's first fiscal quarter, as Casper was struggling to unload a glut of old and outdated inventory as a result of the Company's failure to properly judge 2019 consumer demand. The Registration Statement's boilerplate, generic expressions of future contingent risk were materially false and misleading and failed to apprise investors of the specific and imminent threats facing the Company and the occurrence of adverse events that were already impacting the Company's Business, operations, financial results and prospects at the time of the IPO. (State Compl. ¶ 72) | Company's first fiscal quarter and the IPO, as it had been forced to unload a glut of old and outdated inventory. These boilerplate, generic expressions of future contingent risk failed to apprise investors of the specific and imminent threats facing the Company and the occurrence of adverse events that were already impacting the Company's business, operations, financial results and prospects at the time. (Fed. Compl. ¶ 98) |