PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS   NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3289

WRITER'S DIRECT FACSIMILE
(212) 492-0289

WRITER'S DIRECT E-MAIL ADDRESS
asoloway@paulweiss.com

July 30, 2021

VIA CM/ECF & E-MAIL

Louis C. Ludwig
POMERANTZ LLP
10 South LaSalle, Suite 3505
Chicago, Illinois 60005

Jeremy A Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

   Re: *Lematta* v. *Casper Sleep, Inc.*, No. 1:20-cv-02744-MKB-RML

Dear Counsel:

  On behalf of all Defendants[1] in the above-referenced action, we are writing to confirm that Defendants are serving, via e-mail per the parties' agreement, the following materials:

- Defendants' Notice of Motion to Dismiss, the accompanying Declaration of Audra J. Soloway, and the exhibits attached thereto;

- Defendants' Memorandum of Law in Support of Their Motion to Dismiss.

---

[1] Defendants include Casper Sleep Inc., Philip Krim, Gregory Macfarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, and Dani Reiss (collectively, the "Casper Defendants") and Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, Jefferies LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co., and Guggenheim Securities, LLC (collectively, the "Underwriter Defendants" and with the Casper Defendants, "Defendants").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

        In accordance with Judge Brodie's Individual Practices and Rules, the foregoing documents will not be filed with the Court until the motion is fully briefed.

        Respectfully submitted,

/s/ *Audra J. Soloway*
Audra J. Soloway
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Fax: 212-757-3990
E-mail: asoloway@paulweiss.com

*Attorneys for Casper Defendants*

/s/ *Todd G. Cozenza*
Todd G. Cosenza
Charles Cording
WILLKIE, FARR, & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212-728-8000
Fax: 212-728-8111
E-mail: tcosenza@willkie.com
        ccording@willkie.com

*Attorneys for Underwriter Defendants*

cc:    Hon. Margo K. Brodie (via CM/ECF, without enclosures)
       Hon. Robert M. Levy (via CM/ECF, without enclosures)
       All counsel (via CM/ECF, without enclosures)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP