PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS    NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3289

WRITER'S DIRECT FACSIMILE
(212) 492-0289

WRITER'S DIRECT E-MAIL ADDRESS
asoloway@paulweiss.com

September 22, 2021

BY CM/ECF

The Honorable Margo K. Brodie
United States District Judge
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Robert M. Levy
United States Magistrate Judge
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Lematta* v. *Casper Sleep, Inc.*, No. 1:20-cv-02744-MKB-RML

Dear Judge Brodie and Magistrate Judge Levy:

We submit this letter, together with counsel from Willkie Farr & Gallagher LLP, on behalf of all Defendants[1] in the above-referenced action to provide courtesy copies of the motion papers filed in support of Defendants' Motion to Dismiss this action.

Pursuant to the Court's July 2, 2021 Scheduling Order, Defendants served their Motion to Dismiss on Plaintiff on July 30, 2021, Plaintiff served his opposition papers on August 30, 2021, and Defendants served their reply papers on September 21,

---

[1] Defendants include Casper Sleep Inc., Philip Krim, Gregory Macfarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, and Dani Reiss, as well as Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, Jefferies LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co., and Guggenheim Securities, LLC (collectively, the "Defendants").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

2021. The motion has now been fully briefed, and, in accordance with Judge Brodie's Individual Practices and Rules 1.D and 3.D, Defendants enclose courtesy copies of the following papers:

1. Notice of Defendants' Motion to Dismiss (ECF 33);

2. Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss (ECF 33-1);

3. Declaration of Audra J. Soloway in Support of Defendants' Motion to Dismiss, and accompanying Exhibits 1 through 11 (ECF 33-2, 33-3, 33-4, 33-5, 33-6, 33-7, 33-8, 33-9, 33-10, 33-11, 33-12, 33-13);

4. Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF 32);

5. Defendants' Reply in Support of Defendants' Motion to Dismiss (ECF 33-14);

6. Defendants' Certificate of Service (ECF 33-15); and

7. A copy of the Second Amended Complaint, filed June 30, 2021 (ECF 29).

Respectfully submitted,

*/s/Audra J. Soloway*
Audra J. Soloway

cc: All Counsel (via CM/ECF)