

**Louis C. Ludwig**
Of Counsel

June 20, 2023

**Via ECF**

Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:     *Lematta v. Casper Sleep Inc., et al.*
                 Case No. 1:20-cv-02744-MKB-RML

Dear Judge Levy:

We represent Lead Plaintiff Saleh Doron Gahtan ("Lead Plaintiff") in the above-captioned matter. Together with counsel for Defendants Casper Sleep Inc., Philip Krim, Gregory Macfarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, and Dani Reiss (the "Casper Defendants"), Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co., and Guggenheim Securities, LLC (the "Underwriter Defendants," and together with the Casper Defendants, "Defendants"), we submit a proposed protective order, attached hereto as Exhibit A.  The attached Exhibit A reflects the parties' agreement that a protective order is appropriate to protect confidential information produced in the course of discovery.

        Sincerely,

        */s/ Louis C. Ludwig*

Enclosure

  cc:     Stefan Atkinson
          Jenny Lee
          Todd Cosenza
          Charles D. Cording

lcludwig@pomlaw.com

10 South LaSalle Street, Suite 3505, Chicago, IL 60603  Main: 312.377.1181  Direct: 312.881.4849
NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV
www.pomlaw.com