

**Joshua B. Silverman**
Partner

April 25, 2024

**VIA ECF**

Hon. Robert M. Levy
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Lematta v. Casper Sleep Inc., et al.*, Case No. 1:20-cv-02744-MKB-RML

Dear Judge Levy,

      We write to inform the Court that the parties have reached an agreement to settle this action in its entirety. We anticipate that the parties will fully document the agreement by May 24, 2024, and that lead plaintiff will move for preliminary approval by June 3, 2024. We respectfully request that the Court stay all deadlines and proceedings at this time.

Sincerely,

Joshua B. Silverman

jbsilverman@pomlaw.com
10 South LaSalle Street, Suite 3505, Chicago, IL 60603   tel: 312.377.1181   www.pomerantzlaw.com

NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV