**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>   v.<br><br>CASPER SLEEP INC., et al.,<br><br>  Defendants. | Case No: 1:20-cv-02744<br><br>**CLASS ACTION**<br><br>Honorable Margo K. Brodie<br><br>Honorable Robert M. Levy |

**NOTICE OF MOTION AND MOTION**
**TO ENFORCE THE STIPULATION OF SETTLEMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion to Enforce the Stipulation of Settlement, and the Declaration of Joshua B. Silverman, Lead Plaintiff Saleh Doron Gahtan ("Lead Plaintiff"), on behalf of himself and the putative Class, will move this Court upon the papers and upon oral argument if so set by the Court for an order enforcing the Stipulation of Settlement between Lead Plaintiff and Defendants Casper Sleep, Inc., Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies, LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Piper Sandler & Co., and Guggenheim Securities, LLC, and for damages incurred (along with interest and attorneys' fees and expenses) stemming from Casper's breach of the Stipulation of Settlement, and for such further relief as the Court deems just and proper.

Dated: August 20, 2024

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Joshua B. Silverman*

Joshua B. Silverman
Louis C. Ludwig
Christopher P.T. Tourek
10 South LaSalle, Suite 3505
Chicago, Illinois 60005
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: jbsilverman@pomlaw.com
lcludwig@pomlaw.com
ctourek@pomlaw.com

Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

***Lead Counsel***