**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated, | Case No: 1:20-cv-02744 |
| Plaintiff, | **CLASS ACTION** |
| v. | Honorable Margo K. Brodie |
| CASPER SLEEP INC., et al., | Honorable Robert M. Levy |
| Defendants. | |

**DECLARATION OF JOSHUA B. SILVERMAN**

I, Joshua B. Silverman, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1.    I am a partner at Pomerantz LLP, and have served as lead counsel to Lead Plaintiff Saleh Doron Gahtan ("Lead Plaintiff") since his appointment in this Action.  I have actual knowledge of the facts set forth herein, and could testify to those facts if called to do so.

2.    On June 6, 2024, Lead Plaintiff and Defendants Casper Sleep, Inc. ("Casper"), Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine , Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies, LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Piper Sandler & Co., and Guggenheim Securities, LLC (collectively, "Defendants") entered into a binding and enforceable Stipulation of Settlement that has been filed with the Court as ECF No. 80 (the "Stipulation").  Under the Stipulation, the Parties agreed to settle this Action in its entirety in exchange for Casper's payment of $3,000,000 to fund the Settlement Fund, which was payable in six installments of $500,000 due as follows:

- $500,000 – 7 days after the order granting preliminary approval – **July 25, 2024**;
- $500,000 – 20 days after the 1st payment – **August 14, 2024;**
- $500,000 – 20 days after the 2nd payment – **September 3, 2024**;
- $500,000 – 20 days after the 3rd payment – **September 23, 2024**;
- $500,000 – 20 days after the 4th payment – **October 13, 2024**;
- $500,000 – 20 days after the 5th payment – **November 3, 2024**;

3.      Lead Plaintiff has fulfilled all of its obligations under the Stipulation.  Among other things, it has provided funding instructions and a W-9 to Casper's counsel, and has moved for and obtained preliminary approval of the Settlement consistent with the Stipulation.

4.      Casper has breached its obligations under the Stipulation.  To date, Casper has defaulted on both the first and second installment payments, damaging Lead Plaintiff and the Class in the amount of $1,000,000 plus interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 20, 2024


*/s/ Joshua B. Silverman*
Joshua B. Silverman

2