**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CASPER SLEEP INC., et al., <br><br> Defendants. | Case No: 1:20-cv-02744 <br><br> **CLASS ACTION** <br><br> Honorable Margo K. Brodie <br><br> Honorable Robert M. Levy |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION TO ENFORCE THE STIPULATION OF SETTLEMENT**

On this _____ day of _____, 20__, upon consideration of Plaintiff's Motion to Enforce the Stipulation of Settlement, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1.      Defendant Casper Sleep Inc. ("Casper") is ordered to comply with its payment obligations under the binding Stipulation of Settlement.

2.      Casper is ordered to remit to the Settlement Fund within twenty-four (24) hours the two payments of $500,000 each upon which it has defaulted, together with prejudgment interest at the rates applied under the laws of the State of New York for all periods in which the payments were due but not paid.

3.      Plaintiff, as the prevailing party in this motion, may apply for an award of reasonable attorneys' fees and costs in bringing this motion pursuant to Section XII(L) of the Stipulation within thirty (30) days after Casper's breach is resolved.

1

IT IS SO ORDERED

DATED: _____

_____
THE HONORABLE MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE