**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASPER SLEEP, INC., et al., <br><br> Defendants. | Case No. 1:20-cv-02744 <br><br> Hon. Margo K. Brodie |

**[PROPOSED] ORDER DENYING**
**PLAINTIFF'S MOTION TO ENFORCE THE STIPULATION OF SETTLEMENT**

WHEREAS, on June 6, 2024, Lead Plaintiff Saleh Doron Gahtan ("Lead Plaintiff") in the above-captioned action, on behalf of himself and the Class; and Defendants Casper Sleep Inc. ("Casper"), Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies, LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Piper Sandler & Co., and Guggenheim Securities, LLC entered into a Stipulation of Settlement, ECF No. 80 (the "Settlement");

WHEREAS, on July 18, 2024, this Court issued an Order preliminarily approving the Settlement, ECF No. 82;

WHEREAS, on August 20, 2024, Lead Plaintiff filed a Motion to Enforce the Stipulation of Settlement between Lead Plaintiff and Defendants, ECF No. 84 (the "Motion to Enforce");

WHEREAS, on September 24, 2024, and October 1, 2024, hearings were held before this Court in connection with the Motion to Enforce;

WHEREAS, following these hearings, the Court has determined that it would not be in the best interest of the Class to grant the relief sought by Lead Plaintiff in the Motion to Enforce;

WHEREAS, in the interest of justice and the Class, the Court has directed Casper to submit an alternative proposed payment plan by which it must comply;

WHEREAS, in the event Casper were to enter into Chapter 11 proceedings, the parties agree that the above payments shall be deemed to have been made as of the date of this order and shall not be deemed to constitute a voidable preference under Section 547 of Chapter 11 of Title 11 of the United States Code;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Enforce is DENIED.

2. As stipulated by Casper on the record during the hearing before this Court on October 1, 2024, Casper shall make the following payments to the Settlement Fund in satisfaction of the Settlement:

   a. $250,000 by October 2, 2024;

   b. $250,000 by October 16, 2024;

   c. $2,000,000 by October 31, 2024;

   d. $500,000 by November 3, 2024.

3. In the event of default with respect to any of the above payments, an order for specific performance shall issue.

2

Dated: _____, 2024

_____
Hon. Margo K. Brodie
UNITED STATES DISTRICT JUDGE