UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CASPER SLEEP INC., PHILIP KRIM, GREGORY MACFARLANE, NEIL PARIKH, DIANE IRVINE, ANTHONY FLORENCE, JACK LAZAR, BENJAMIN LERER, KAREN KATZ, DANI REISS, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO. and GUGGENHEIM SECURITIES, LLC,<br><br>        Defendants. | Case No: 1:20-cv-02744<br><br>**CLASS ACTION**<br><br>Honorable Margo K. Brodie<br><br>Honorable Robert M. Levy |

## ORDER REGARDING PLAINTIFF'S MOTION TO ENFORCE THE STIPULATION OF SETTLEMENT

On this 8th day of October 2024, after conferring with the Parties on Plaintiff's Motion to Enforce the Stipulation of Settlement (Docket Entry No. 84), and considering the responses and additional submissions related thereto, with the agreement of the Parties and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Enforce the Stipulation of Settlement is hereby withdrawn, with neither party prevailing;

2. Defendant Casper Sleep Inc. ("Casper") shall pay the $2.75 million that remains unpaid of the Settlement Amount as follows:

    a. $250,000 by October 16, 2024;

    b. $2,000,000 by October 31, 2024; and

    c. $500,000 by November 4, 2024.

3. In the event of default with respect to any of the above payments, an order for specific performance shall issue.

DATED: October 8, 2024

                                     SO ORDERED:


                                       _____/s/MKB_____
                                       MARGO K. BRODIE
                                       United States District Judge