UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CASPER SLEEP INC., et al.,<br><br>　　　Defendants. | Case No: 1:20-cv-02744<br><br>**CLASS ACTION**<br><br>Honorable Margo K. Brodie<br><br>Honorable Robert M. Levy |

**PLAINTIFF'S NOTICE AND MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter an Order:

1. Granting final approval of the proposed Settlement;

2. Approving the Plan of Allocation;

3. Certifying the proposed Class for purposes of the Settlement; and

4. Finding that the notice plan approved at the Preliminary Approval stage met all applicable requirements.

Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated:  November 18, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Joshua B. Silverman*

Joshua B. Silverman
Christopher P.T. Tourek
10 South LaSalle, Suite 3505
Chicago, Illinois 60005
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: jbsilverman@pomlaw.com
ctourek@pomlaw.com

-and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com

*Lead Counsel*

## CERTIFICATE OF SERVICE

On November 18, 2024, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Joshua B. Silverman*
Joshua B. Silverman