**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and on behalf of all others similarly situated, | Case No: 1:20-cv-02744 |
| Plaintiff, | **CLASS ACTION** |
| v. | Honorable Margo K. Brodie |
| CASPER SLEEP INC., et al., | Honorable Robert M. Levy |
| Defendants. | |

**PLAINTIFF'S NOTICE AND MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF**
**LITIGATION EXPENSES, AND COMPENSATORY AWARD FOR PLAINTIFF**

For the reasons set forth in the accompanying Plaintiff's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff, Plaintiff respectfully requests that the Court enter an Order:

1. Granting award attorneys' fees in the amount of 33 1/3% of the gross Settlement fund, plus accrued interest;

2. Granting reimbursement of expenses to Lead Counsel in the amount of $233,242.40, plus accrued interest; and

3. Granting an award to Plaintiff in the amount of $15,000.

Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated: November 18, 2024                Respectfully submitted,

                                        **POMERANTZ LLP**

                                        */s/ Joshua B. Silverman*

Joshua B. Silverman
Christopher P.T. Tourek
10 South LaSalle, Suite 3505
Chicago, Illinois 60005
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: jbsilverman@pomlaw.com
  ctourek@pomlaw.com

 -and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
  ahood@pomlaw.com

*Lead Counsel*

## CERTIFICATE OF SERVICE

On November 18, 2024, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Joshua B. Silverman
Joshua B. Silverman