# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LEMATTA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASPER SLEEP, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:20-cv-02744 <br><br> Hon. Margo K. Brodie |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1. I am the Director of Quality Assurance of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action settlements since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING/EMAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated July 18, 2024 and the Order Amending Preliminary Approval of Class Action Settlement, dated October 8, 2024 (Dkt. Nos. 82 and 95, the "Preliminary Approval Orders"), SCS was appointed and approved as Settlement and Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the

proposed Settlement in the above-captioned action.[1] I submit this supplemental declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Report on Requests for Exclusion and Objections; and (D) Claims Received To Date, dated November 14, 2024 (Dkt. No. 100-2, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As reported in the Initial Mailing Declaration, SCS mailed or e-mailed 2,303 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 5,320 Postcard Notices to potential Class Members or nominees.  SCS also emailed two links to the Notice and Claim Form on the settlement website to the email addresses, and SCS was also notified by a nominee that it emailed 9,913 of its clients to notify them of this settlement and provide a direct link to the Notice and Claim Form on the settlement website.

4.      There were an additional 9,071 emails sent to potential Class Members on December 2, 2024.  Out of the 9,071 emails sent, 399 emails "bounced back" and these potential Class Members were sent a Postcard Notice on December 3, 2024.  The emails sent and Postcard Notices mailed informed these 9,071 potential Class Members that SCS will continue to process any claims submitted or other requests sent to SCS on or before January 2, 2025.  A copy of the email notification and Postcard Notice is attached as **Exhibit A.**

5.      In total, 24,306 potential Class Members or nominees were notified either by mailed Postcard Notice or emailed a direct link to the Notice and Claim Form.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated June 28, 2024 (Dkt. No. 94-2, the "Stipulation").

## UPDATE ON TOLL-FREE PHONE LINE

6.　　The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Class Members' inquiries through the administration process.

## UPDATE ON SETTLEMENT WEBSITE

7.　　As noted in the Initial Mailing Declaration, on July 30, 2024, SCS established a webpage on its website for the Settlement at www.strategicclaims.net/casper/. The website is accessible 24 hours a day, 7 days a week. The website contains case-related deadlines, an online claim filing link, and important case documents. On October 18, 2024, SCS updated the website with the new deadlines and added the Order Amending Preliminary Approval of Class Action Settlement to the import documents section of the webpage.  On November 18, 2024, SCS updated the important documents section of the webpage to include Plaintiff's Notice and Motion for Final Approval of Class Action Settlement; Plaintiff's Notice and Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff; and Declaration of Joshua B. Silverman in Support of Final Approval of Class Action Settlement, Plan of Allocation, Final Certification of Settlement Class, an Award of Attorneys' Fees and Expenses, and Plaintiff's Compensatory Award with exhibits.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.　　The Postcard Notice, Notice, Summary Notice, and the Settlement Website informed potential Class Members that written requests for exclusion were to be mailed or

delivered to SCS such that they were postmarked no later than November 30, 2024[2]. SCS has been monitoring all mail delivered for this case and will continue to monitor as the notifications recently mailed allowed potential Class Members until January 2, 2025.  As of the date of this declaration, SCS has received no request for exclusion.

9.      According to the Notice, Class Members seeking to object to the Settlement, the adequacy of the representation, the proposed Plan of Allocation of the Net Settlement Fund, the Final Order and Judgment contemplated by the Stipulation, the application for attorneys' fees and reimbursement of expenses and/or the application for reimbursement of reasonable time, costs, and expenses of Plaintiff, were required to submit their objection in writing such that the request is  received by the Clerk of the Court as well as Class Counsel and Defendants' Counsel, no later than November 30, 2024[3].  SCS has been monitoring all mail delivered for this case and will continue to monitor as the notifications recently mailed allowed potential Class Members until January 2, 2025. As of the date of this declaration, SCS has neither received any objections nor been notified that Class Counsel has received any objections.

<u>**CLAIMS RECEIVED TO DATE**</u>

10.      The deadline for claims submission was filed online at www.strategicclaims.net/casper/ by November 8, 2024 or postmarked no later than November 8, 2024[4].  SCS has been monitoring all mail delivered for this case and will continue to monitor as the notifications recently mailed allowed potential Class Members until January 2, 2025. As of the

---

[2] Original exclusion deadline was October 25, 2024; however, pursuant to the Amended Order, the current exclusion deadline is November 30, 2024.

[3] Original exclusion deadline was October 25, 2024; however, pursuant to the Amended Order, the current exclusion deadline is November 30, 2024.

[4] Original claims filing deadline was October 16, 2024; however, pursuant to the Amended Order, the current claims filing deadline is November 8, 2024.

date of this declaration, SCS received 5,676 claims.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims.  With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of December 2024, in Media, Pennsylvania.

Josephine Bravata

 EXHIBIT A

Josephine Bravata <jbravata@strategicclaims.net>

---

## Re: Lematta v. Casper Sleep, Inc., et al. Securities Litigation – Case No. 1:20-cv-02744

**Claims Administrator** <info@strategicclaims.net>                                              Mon, Dec 2, 2024 at 3:24 PM
Reply-To: info@strategicclaims.net
To: jbravata@strategicclaims.net

**Please submit your claim and/or other requests as we are still processing them.**

Your contact information was provided to us, as we are the Claims Administrator for the above-referenced litigation. Please find a PDF of the NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION and PROOF OF CLAIM AND RELEASE FORM at: https://www.strategicclaims.net/casper/noticeclaim

In order to be eligible to participate in the settlement fund, you must fill out a PROOF OF CLAIM AND RELEASE FORM. The PROOF OF CLAIM AND RELEASE FORM, along with supporting documentation, can either be submitted online at https://www.strategicclaims.net/claim-form-lematta-v-casper-sleep-inc-et-al/ **no later than January 2, 2025, or be postmarked no later than January 2, 2025** to: Lematta v. Casper Sleep, Inc., et al., c/o Strategic Claims Services, 600 N. Jackson Street, Suite 205, Media, PA 19063.

If you have any questions, please contact us toll-free at 866-274-4004.

Regards,

Claims Administrator

If you would like to unsubscribe from future email communications regarding this case, please click the link below. We are the Claims Administrator for this case and we were provided your information because you were identified as a potential Settlement Class Member. Your information will only be used to provide you communications regarding this case and not for any other purpose.

Unsubscribing from emails regarding this case does not remove you from the class list and you may still receive communications via regular mail as required by the court. Unsubscribing from emails is not the same as opting out or excluding yourself from the case. Please refer to the information you received about the case for more information regarding that process.

I have read the above and would like to unsubscribe from future email communications regarding this case.

**Court-Ordered Legal Notice
Forwarding Service Requested**

*Important Notice about a
Securities Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

**Please file a claim and/or
other requests no later than
January 2, 2025.**

Lematta v. Casper Sleep Inc., et al.
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

Case No. 20-cv-02744 (E.D.N.Y.)

Case Pending in the United States District Court for
the Eastern District of New York

*Lematta v. Casper Sleep Inc., et al., No. 20-cv-02744 (E.D.N.Y.)*
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT*
*WWW.STRATEGICCLAIMS.NET/CASPER/ OR CALL 866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the Eastern District of New York ("Court") has preliminarily approved a proposed Settlement of claims against Casper Sleep, Inc., Philip Krim, Gregory MacFarlane, Neil Parikh, Diane Irvine, Anthony Florence, Jack Lazar, Benjamin Lerer, Karen Katz, Dani Reiss, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Jefferies, LLC, BofA Securities, Inc., UBS Securities LLC, Citigroup Global Markets Inc., Piper Sandler & Co. and Guggenheim Securities, LLC ("Defendants"). The proposed Settlement resolves claims against Defendants in a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made misrepresentations and/or omissions of material fact in various public statements to investors. Defendants deny the allegations.

You received this notice because you may have purchased or otherwise acquired Casper common stock pursuant or traceable to the Company's February 7, 2020 initial public offering, and/or during the period from March 19, 2020, through May 12, 2020, both dates inclusive, and you may be a Class Member. The Settlement provides that, in exchange for the dismissal and release of claims against Defendants, a fund consisting of $3,000,000, less fees and expenses, will be divided among Class Members who timely submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/casper/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator through any of the following ways: (1) mail: *Lematta v. Casper Sleep, Inc., et al.*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063; (2) call toll free: (866) 274-4004 or (3) through the website: www.strategicclaims.net/casper/.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/casper/. PROOFS OF CLAIM ARE DUE BY OCTOBER 16, 2024 TO *LEMATTA V. CASPER SLEEP, INC., ET AL., C/O STRATEGIC CLAIMS SERVICES*, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063. If you do not want to be legally bound by the Settlement, you must exclude yourself by October 25, 2024. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by October 25, 2024. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on November 15, 2024 at 10:00 a.m. at the United States District Court for the Eastern District of New York, Courtroom 6F, 225 Cadman Plaza East, Brooklyn, New York 11201 to consider whether to approve the Settlement, the Plan of Allocation, and a request by Class Counsel for an award of attorneys' fees up to 33 1/3% of the Settlement Amount, up to $280,000 reimbursement for expenses incurred in litigating the case, and a compensatory award to Lead Plaintiff not to exceed $15,000. You may, but do not have to, attend the hearing and ask to be heard by the Court. For more information, call toll-free (866) 274-4004, or visit the website www.strategicclaims.net/casper/.